B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Mississippi Phosphates Corporation**    Case No.
Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| OCP Office Cherifien Des Ocpangle Route D'el Jadida De La Grand Ceiinture Casablanca, Morocco | OCP Office Cherifien Des Ocpangle Route D'el Jadida De La Grand Ceiinture Casablanca, Morocco | | | 4,690,253.50 |
| Transammonia, Inc. 320 Park Ave 10th Floor New York, NY 10022 | Transammonia, Inc. 320 Park Ave 10th Floor New York, NY 10022 | | | 1,967,000.00 |
| Oxbow Sulphur Inc. 1450 Lake Robbins Dr. Ste 500 The Woodlands, TX 77380 | Oxbow Sulphur Inc. 1450 Lake Robbins Dr. Ste 500 The Woodlands, TX 77380 | | | 1,741,326.46 |
| Central Maintenance & Weld 2620 Keysville Road Lithia, FL 33547 | Central Maintenance & Weld 2620 Keysville Road Lithia, FL 33547 | | | 1,541,778.51 |
| Premier Chemicals 4664 James Ave Ste 125 Baton Rouge, LA 70808 | Premier Chemicals 4664 James Ave Ste 125 Baton Rouge, LA 70808 | | | 1,455,651.75 |
| Shrieve Chemical P. O. Box 671515 Dallas, TX 75267-1667 | Shrieve Chemical P. O. Box 671515 Dallas, TX 75267-1667 | | | 1,167,705.95 |
| Int'l Welding & Fabricatio 11401 Hwy 63 Moss Point, MS 39562 | Int'l Welding & Fabricatio 11401 Hwy 63 Moss Point, MS 39562 | | | 1,072,519.16 |
| Hydrovac Industrial Ser. P. O. Box 83006 Chicago, IL 60691-3010 | Hydrovac Industrial Ser. P. O. Box 83006 Chicago, IL 60691-3010 | | | 975,105.72 |
| Unimin Lime P. O. Box 181 Calera, AL 35040 | Unimin Lime P. O. Box 181 Calera, AL 35040 | | | 877,322.96 |
| Envir. Acid Solutions 24838 NC Hwy 33 East Aurora, NC 27806 | Envir. Acid Solutions 24838 NC Hwy 33 East Aurora, NC 27806 | | | 666,920.17 |
| Duponte Sulfur Prod. 586 Hwy 44 La Place, LA 70068 | Duponte Sulfur Prod. 586 Hwy 44 La Place, LA 70068 | | | 629,045.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Mississippi Phosphates Corporation**    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MS Power Company<br>P. O. Box 4275<br>Gulfport, MS 39502-4275 | MS Power Company<br>P. O. Box 4275<br>Gulfport, MS 39502-4275 | | | 508,779.67 |
| Carrier Rental Systems<br>6282 Hwy 73<br>Geismar, LA 70734 | Carrier Rental Systems<br>6282 Hwy 73<br>Geismar, LA 70734 | | | 502,440.40 |
| Dresser-Rand Company<br>P. O. Box 7247-6149<br>Philadelphia, PA 19170-6149 | Dresser-Rand Company<br>P. O. Box 7247-6149<br>Philadelphia, PA 19170-6149 | | | 414,730.91 |
| Jackson Cty Port Auth.<br>P. O. Box 70<br>Pascagoula, MS 39568-0070 | Jackson Cty Port Auth.<br>P. O. Box 70<br>Pascagoula, MS 39568-0070 | | | 386,721.27 |
| Plant Maintenance Ser.<br>37110 Hwy 30<br>Geismar, LA 70734 | Plant Maintenance Ser.<br>37110 Hwy 30<br>Geismar, LA 70734 | | | 352,135.92 |
| RPW, Inc.<br>P. O. Box 2151<br>Pascagoula, MS 39569 | RPW, Inc.<br>P. O. Box 2151<br>Pascagoula, MS 39569 | | | 284,301.76 |
| VIP International<br>6638 Pecue Lane<br>Baton Rouge, LA 70817-4400 | VIP International<br>6638 Pecue Lane<br>Baton Rouge, LA 70817-4400 | | | 271,406.26 |
| BP Energy Co.<br>209 Public Square<br>Cleveland, OH 44114-2375 | BP Energy Co.<br>209 Public Square<br>Cleveland, OH 44114-2375 | | | 235,878.91 |
| Brook Services LTD<br>P. O. Box 8406<br>Dallas, TX 75284-0640 | Brook Services LTD<br>P. O. Box 8406<br>Dallas, TX 75284-0640 | | | 227,968.71 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 27, 2014**    Signature    /s/ Robert Kerley

**Robert Kerley**
**CFO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.