# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Mississippi Phosphates Corporation**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mississippi Phosphates Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Phosphate Holdings, Inc.**
**601 Industrial Road**
**Pascagoula, MS 39581**

☐ None [*Check if applicable*]

**October 27, 2014**
Date

/s/ Stephen W. Rosenblatt
**Stephen W. Rosenblatt 5676**
Signature of Attorney or Litigant
Counsel for  **Mississippi Phosphates Corporation**
**Butler Snow LLP**
**1020 Highland Colony Parkway**
**Suite 1400**
**Ridgeland, MS 39157**
**601-948-5711 Fax:601-985-4500**
**steve.rosenblatt@butlersnow.com**