IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Mississippi Phosphates Corporation, | § § | Case No. 14-51667-KMS |
| | § § | Chapter 11 |
| Debtor. | § § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance as attorneys for STUW LLC, as Administrative Agent ("Agent"), and pursuant to Rules 2002, 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") and section 1109(b) of title 11 of the United States Code (the "***Bankruptcy Code***"), request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this proceeding, be transmitted to the parties listed below:

Robert A. Byrd
Byrd & Wiser
Attorneys at Law
145 Main Street
Biloxi, MS 39530
Telephone: (228) 432-8123
Facsimile: (228) 432-7029
Email: rab@byrdwiser.com

Lenard M. Parkins
Karl D. Burrer
HAYNES AND BOONE, LLP
1221 McKinney Street
Suite 2100
Houston, TX 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Email: lenard.parkins@haynesboone.com
Email: karl.burrer@haynesboone.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that: affect or seek to affect in any way the rights or interests of Agent, or any other party-in-interest in this proceeding; or require or prohibit, or seek to require or prohibit, any act, delivery of any property, payment or other conduct by Agent or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the bankruptcy Code provisions specified above, but also includes all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that: affect or seek to affect in any way the rights or interests of Agent, or any other party-in-interest in this proceeding; or require or prohibit, or seek

to require or prohibit, any act, delivery of any property, payment or other conduct by Agent or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Agent to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this proceeding, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 27, 2014

By: */s/ Robert A. Byrd*
Robert A. Byrd (MS Bar No. 7651)
Byrd & Wiser
Attorneys at Law
145 Main Street
Biloxi, MS 39530
Telephone: (228) 432-8123
Facsimile: (228) 432-7029
Email: rab@byrdwiser.com

*/s/ Lenard M. Parkins*
Lenard M. Parkins *(pro hac vice pending)*
Karl D. Burrer *(pro hac vice pending)*
HAYNES AND BOONE, LLP
1221 McKinney Street
Suite 2100
Houston, TX 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Email: lenard.parkins@haynesboone.com
Email: karl.burrer@haynesboone.com

**ATTORNEYS FOR STUW LLC, AS ADMINISTRATIVE AGENT**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 27th day of October, 2014, I caused a true and correct copy of the foregoing document to be served via U.S. first-class mail, postage prepaid and properly addressed, on each of the parties on the attached Service List and by ECF notification, using the CM/ECF system, on all registered ECF users appearing in the case.

                                                */s/ Robert A. Byrd*
                                                Robert A. Byrd

## SERVICE LIST

Stephen W. Rosenblatt, Esq.
Butler Snow LLP
P. O. Box 6010
Ridgeland, MS 39158-6010

Mississippi Phosphates Corporation
601 Industrial Road
Pascagoula, MS 39581

Douglas S. Draper
Heller, Draper, Patrick, Horn & Dabney, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130

H. Slayton Dabney, Jr.
Heller, Draper, Patrick, Horn & Dabney, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130

Office of the United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201