**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | **MISSISSIPPI PHOSPHATES** | |
| | **CORPORATION,** *et al.*[1] | CASE NO.    14-51667-KMS |
| | **DEBTOR(S)** | CHAPTER   11 |
| | | **(Jointly Administered)** |

**NOTICE OF APPOINTMENT OF**
**CHAPTER 11 UNSECURED CREDITORS' COMMITTEE**

NOTICE IS HEREBY GIVEN that Henry G. Hobbs, Jr., Acting United States Trustee for Region 5, has appointed an unsecured creditors' committee in the above styled and numbered case, and those members are listed on the attached Appointment of Unsecured Creditors' Committee.

RESPECTFULLY SUBMITTED, this the 12th day of November, 2014.

HENRY G. HOBBS, JR.
Acting United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By:    */s/Christopher J. Steiskal, Sr.*
CHRISTOPHER J. STEISKAL, SR.

CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5241
FAX: (601) 965-5226
EMAIL: christopher.j.steiskal@usdoj.gov

---

[1] The following affiliated Debtors have requested joint administration herein: Mississippi Phosphates Corporation ("MPC"), Ammonia Tank Subsidiary, Inc. ("ATS"), and Sulfuric Acid Tanks Subsidiary, Inc. ("SATS").

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **MISSISSIPPI PHOSPHATES CORPORATION,** *et al.*[2] | **CASE NO.   14-51667-KMS** |
| | **DEBTOR(S)** | **CHAPTER   11**<br>**(Jointly Administered)** |

**APPOINTMENT OF CHAPTER 11 CREDITORS' COMMITTEE**

PURSUANT to 11 U.S.C. § 1102, Henry G. Hobbs, Jr., Acting United States Trustee for Region 5, hereby appoints the following creditors holding unsecured claims in the above styled and numbered case to serve on the unsecured creditors' committee:

**NAME AND ADDRESS OF INDIVIDUAL SERVING AND NAME OF CREDITOR**:

1. OCP S.A.
   c/o Dianne Coffino
   Covington & Burling, LLP
   The New York Times Building
   620 Eighth Avenue
   New York, NY  10018
   Tel: (212) 841-1043
   Fax: (646) 441-9220
   Email: dcoffino@cov.com

2. Trammo, Inc.
   c/o James W. O'Mara
   Phelps Dunbar
   4270 I-55 North
   Jackson, MS  39211
   Tel: (601) 352-3200
   Fax: (601) 360-9777
   Email: jim.omara@phelps.com

---

[2] The following affiliated Debtors have requested joint administration herein:  Mississippi Phosphates Corporation ("MPC"), Ammonia Tank Subsidiary, Inc. ("ATS"), and Sulfuric Acid Tanks Subsidiary, Inc. ("SATS").

3. Premier Chemicals & Services, LLC
   Francis Mayer
   4856 Revere Avenue, Suite A
   Baton Rouge, LA  70808
   Tel: (225) 926-0059
   Fax: (225) 926-0414
   Email: francis@premierchemicals.net

4. Shrieve Chemical
   c/o Carey Menasco
   Liskow & Lewis
   One Shell Square
   701 Poydras Street, Suite 5000
   New Orleans, LA  70139
   Tel: (504) 556-4171
   Fax: (504) 556-4108
   Email: clmenasco@liskow.com

5. Central Maintenance & Welding, Inc.
   c/o Hugo S. "Brad" deBeaubien
   Shumaker, Loop & Kendrick, LLP
   Bank of America Plaza
   101 East Kennedy Blvd., Suite 2800
   Tampa, FL  33602
   Tel: (813) 221-7425
   Fax: (813) 229-1660
   Email: bdebeaubien@slk-law.com

6. Mississippi Power Company
   c/o Paul J. Delcambre, Jr.
   Balch & Bingham, LLP
   1310 Twenty Fifth Avenue
   Gulfport, MS  39501-1931
   Tel: (225) 214-0409
   Fax: (888) 506-8672
   Email: pdelcambre@balch.com

7. Hydrovac Industrial Services, Inc.
   c/o James A. McCullough, II
   Brunini Grantham Grower & Hewes, PLLC
   P.O. Drawer 119
   Jackson, MS  39205
   Tel: (601) 948-3101
   Fax: (601) 960-6902
   Email: jmccullough@brunini.com

      RESPECTFULLY SUBMITTED, this the <u>12th</u> day of November, 2014.

                                        HENRY G. HOBBS, JR.
                                        Acting United States Trustee
                                        Region 5, Judicial Districts of
                                        Louisiana and Mississippi

                            By:   <u>*/s/Christopher J. Steiskal, Sr.*</u>
                                        CHRISTOPHER J. STEISKAL, SR.

CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL:  (601) 965-5241
FAX:  (601) 965-5226
EMAIL:  christopher.j.steiskal@usdoj.gov

# **CERTIFICATE OF SERVICE**

I certify that I have this day mailed via first class U.S. Mail, and/or forwarded via electronic mail, a true and correct copy of the foregoing pleading to the below named individual(s):

OCP S.A.
c/o Dianne Coffino
Covington & Burling, LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Email: dcoffino@cov.com

Trammo, Inc.
c/o James W. O'Mara
Phelps Dunbar
4270 I-55 North
Jackson, MS  39211
Email: jim.omara@phelps.com

Shrieve Chemical
c/o Carey Menasco
Liskow & Lewis
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA  70139
Email: clmenasco@liskow.com

Mississippi Power Company
c/o Paul J. Delcambre, Jr.
Balch & Bingham, LLP
1310 Twenty Fifth Avenue
Gulfport, MS  39501-1931
Email: pdelcambre@balch.com

Premier Chemicals & Services, LLC
Francis Mayer
4856 Revere Avenue, Suite A
Baton Rouge, LA  70808
Fax: (225) 926-0414
Email: francis@premierchemicals.net

Central Maintenance & Welding, Inc.
c/o Hugo S. "Brad" deBeaubien
Shumaker, Loop & Kendrick, LLP
Bank of America Plaza
101 East Kennedy Blvd., Suite 2800
Tampa, FL  33602
Email: bdebeaubien@slk-law.com

Hydrovac Industrial Services, Inc.
c/o James A. McCullough, II
Brunini Grantham Grower & Hewes, PLLC
P.O. Drawer 119
Jackson, MS  39205
Email: jmccullough@brunini.com

Stephen W. Rosenblatt
Email: steve.rosenblatt@butlersnow.com

DATED, this the 12th day of November, 2014.

*/s/Christopher J. Steiskal, Sr.*
CHRISTOPHER J. STEISKAL, SR.