IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MISSISSIPPI PHOSPHATES | ) | |
| CORPORATION, *et al.*[1] | ) | CASE NO. 14-51667-KMS |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**NOTICE OF (I) CLOSING OF SALE OF ASSETS TO ENVIRONMENTAL TRUSTEE
AND LIQUIDATION TRUSTEE UNDER ALTERNATIVE TRANSACTION**
**[Dkt. ## 937; 948; 950; 979; 1003; 1050]**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On October 27, 2014 (the *"Petition Date"*), the Debtors filed their voluntary petitions for relief and thereby commenced these Bankruptcy Cases under chapter 11, title 11 of the United States Code (the *"Bankruptcy Code"*), in the United States Bankruptcy Court for the Southern District of Mississippi, Southern Division (the *"Court"*).

2.      On January 7, 2015, the Court entered its *Amended Order Authorizing the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Deloitte Transactions and Business Analytics LLP to Provide the Debtors with a Chief Restructuring Officer, and (II) Designate Jonathan J. Nash as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to November 10, 2014.*

---

[1] The chapter 11 cases of the following affiliated Debtors have been administratively consolidated for joint administration pursuant to that certain *Order Granting Motion of the Debtor for Order Directing Joint Administration of Affiliated Cases Pursuant to Bankruptcy Rule 1015(b)*, dated October 29, 2014 [Dkt. # 62]: Mississippi Phosphates Corporation (*"MPC"*), Case No. 14-51667, Ammonia Tank Subsidiary, Inc. (*"ATS"*), Case No. 14-51668 and Sulfuric Acid Tanks Subsidiary, Inc. (*"SATS"*), Case No. 14-51671. These chapter 11 cases are sometimes referred to herein as the *"Bankruptcy Cases."*

3.     On July 23, 2015, the Court entered its *Order Approving Debtors' Motions for Approval of Sale Motion (Dkt. No. 819), Committee Settlement (Dkt. No. 501), Government Settlement (Dkt. No. 818), and DOJ Settlement (Dkt. No. 870)* [Dkt. # 937].

4.     On July 30, 2015, the Court entered its *Order Approving Motion of the Debtors Pursuant to §§ 105 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 for an Order Approving Settlement among the Debtors, Phosphate Holdings, Inc., the Lender Parties and the Environmental Agencies* [Dkt. # 950].

5.     On August 18, 2015, the Debtors filed their *Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 363, 365, 503, and 507, and Bankruptcy Rules 2002, 3007, 6004, 6006, 9007, and 9014, for Entry of an Order (A) Approving the Liquidation Trust Asset Purchase Agreement, (B) Authorizing Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (C) Granting Related Relief* [Dkt. # 979] (the "***Sale Motion***"), together with the Liquidation Trust Asset Purchase Agreement (as amended, supplemented, or otherwise modified from time to time, including all exhibits, schedules, and appendices thereto (the "***APA***"), dated as of September 18, 2015, between Robert E. Ogle, solely in his capacity as Trustee of the Liquidation Trust and as designee of the Agent ("***Liquidation Trust***") and the Debtors.

6.     On September 4, 2015, the Debtors filed their *Notice of Filing of Schedules for the Asset Purchase Agreement (Exhibit "A" to Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 363, 365, 503, and 507, and Bankruptcy Rules 2002, 3007, 6004, 6006, 9007, and 9014, for Entry of an Order (A) Approving the Liquidation Trust Asset Purchase Agreement, (B) Authorizing Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (C) Granting Related Relief* [Dkt. # 1003] (the "***APA Schedules***").

7.      On October 14, 2015, the Court entered its *Order Granting Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 363, 365, 503, and 507, and Bankruptcy Rules 2002, 3007, 6004, 6006, 9007, and 9014, for Entry of an Order (A) Approving the Liquidation Trust Asset Purchase Agreement, (B) Authorizing Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (C) Granting Related Relief* [Dkt. # 1050].

8.      The Orders listed in paragraphs 3, 4, and 7 above are collectively referred to herein as the "*Sale and Transfer Orders.*"

9.      On July 30, 2015, the Court entered that certain *Order Granting Motion of Mississippi Phosphates Corporation for Order Approving Entry into Settlement with the United States Department of Justice and for Authority to Enter into and Perform Pursuant to Proposed Plea Agreement* [Dkt. # 948] (the "*DOJ Settlement Order*") in which MPC was authorized to take such actions as necessary to effectuate a certain Plea Agreement, including executing and delivering a deed conveying title to that certain 320-acre tract of property more particularly described as "West Half of Section 10, Township 8 South, Range 5 West, Jackson County, Mississippi" to the Mississippi Department of Marine Resources to become part of the Grand Bay National Estuarine Research Reserve.

10.     On October 16, 2015, the Debtors closed the transactions in which they transferred and conveyed substantially all of their assets (less the 320-acre parcel) to the MPC Environmental Trust and to the MPC Liquidation Trust pursuant to the Sale and Transfer Orders.

11.     Copies of the Sale and Transfer Orders, the Sale Motion, the APA, the APA Schedules, the DOJ Settlement Order, and this Notice:  (a) can be found on the website of BMC Group, the claims and noticing agent appointed in the Debtors' chapter 11 cases, at http://www.bmcgroup.com/restructuring/sitedisclaimer.aspx; and (b) are on file with the Court.

12.     This Notice is subject to the terms and conditions of the Sale and Transfer Orders, the APA, the APA Schedules, the DOJ Settlement Order.   The Debtors encourage parties-in-interest to review such documents in their entirety.

Dated:  November 3, 2015.

MISSISSIPPI PHOSPHATES CORPORATION, *et al.*

By:  */s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (Miss. Bar No. 5676)
Christopher R. Maddux (Miss. Bar No. 100501)
Paul S. Murphy (Miss. Bar No. 101396)
J. Mitchell Carrington (Miss. Bar No. 104228)
Thomas M. Hewitt (Miss. Bar No. 104589)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 985-4504
Fax: (601) 985-4500
Steve.Rosenblatt@butlersnow.com
Chris.Maddux@butlersnow.com
Paul.Murphy@butlersnow.com
Mitch.Carrington@butlersnow.com
Thomas.Hewitt@butlersnow.com

ATTORNEYS FOR THE DEBTORS

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically.

Dated: November 3, 2015.

*/s/Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT

28159903v1