# Monthly Operating Report

## CHAPTER 11

CASE NAME: Mississippi Phosphates Corporation

CASE NUMBER: 14-51671        For Period: November 1 to November 30, 2015

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (X) | ( ) | Comparative Balance Sheet (FORM 2-B) |
| (X) | ( ) | Profit and Loss Statement (FORM 2-C) |
| (X) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| (X) | ( ) | Supporting Schedules (FORM 2-E) |
| (X) | ( ) | Narrative (FORM 2-F) |
| (X) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance for all account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments therefor, are true and correct to the best of my knowledge and belief.

Executed on: 1/15/2016 (date)

Debtor(s)*: Mississippi Phosphates Corporation

By:**

Position: Assistant CRO

Name of Preparer: Christopher Brokmeier

Telephone No. of Preparer: 312-890-3554

* both debtors must sign if a joint petition
** for corporate or partnership debtor

| MPC Consolidating Balance Sheet<br>**(Amounts in Thousands USD)** | **MPC** | | **ATS** | | **SATS** | | **MPC** | |
|---|---|---|---|---|---|---|---|---|
| | 11/30/2015<br>Adjusted Balances | 10/31/2015<br>Adjusted Balances | 11/30/2015<br>Adjusted Balances | 10/30/2015<br>Adjusted Balances | 11/30/2015<br>Adjusted Balances | 10/31/2015<br>Adjusted Balances | 10/31/2015<br>Eliminations | 10/31/2015<br>Balances |
| Total Cash (book balance) | 479 | 838 | | | | | - | 479 |
| | | | | | | | | - |
| Deferred Income Taxes - Current | 5,004 | 5,004 | | | | | - | 5,004 |
| | | | | | | | | - |
| A/R - Trade | 0 | 0 | | | | | - | 0 |
| A/R - Misc Trade | - | - | | | | | - | - |
| Total A/R - Trade | 0 | 0 | - | - | - | - | - | 0 |
| | | | | | | | | |
| | | | | | | | | - |
| A/R - Other | 11 | 11 | | | | | - | 11 |
| A/R - OCP | - | - | | | | | - | - |
| A/R - Intercompany | 2,921 | 2,921 | | | | | - | 2,921 |
| A/R - Ammonia Tank Subsidiary | - | - | | | | | - | - |
| A/R - Sulfuric Acid Tank Subsidiary | - | - | | | | | - | - |
| Note Receivable - PHI/MPC | - | - | | | | | - | - |
| Interest Receivable - PHI/MPC | - | - | | | | | - | - |
| | | | | | | | | - |
| Total A/R - Other | 2,932 | 2,932 | - | - | - | - | - | 2,932 |
| | | | | | | | | |
| Workers Compensation Deposit | - | - | | | | | - | - |
| Prepaid Insurance | - | - | | | | | - | - |
| Deposits and Retainers | - | - | | | | | - | - |
| Transammonia Inv Valuation Deposit | - | - | | | | | - | - |
| Prepaid Other | - | - | | | | | - | - |
| Raw Material Deposits-Exxon Mobil | - | - | | | | | - | - |
| ST Freight Deposits | - | - | | | | | - | - |
| Raw Material Deposits-Chevron | - | - | | | | | - | - |
| Raw Material Deposits-Shrieve | - | - | | | | | - | - |
| Raw Material Deposits-Trammo Ammonia | - | - | | | | | - | - |
| Prepaid Turnaround Cost | - | - | | | | | - | - |
| DAP Inventory Delivered not Billed | - | - | | | | | - | - |
| Total Prepaid & Other Current | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| DAP - Finished Goods Inventory | - | - | | | | | - | - |
| | | | | | | | | |
| Sulfuric Acid | - | - | | | | | - | - |
| Phos Acid | - | - | | | | | - | - |
| Total Intermediary Products Inventory | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| Phos Rock | - | - | | | | | - | - |
| Sulfur | - | - | | | | | - | - |
| Purchased SA | - | - | | | | | - | - |
| Raw Material Deposits | - | - | | | | | - | - |
| Chemicals | - | - | | | | | - | - |
| | | | | | | | | |
| Total Raw Materials Inventory | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| Spare Parts & Supplies | - | - | | | | | - | - |
| Spare Parts Out for Repair | - | - | | | | | - | - |
| Spare Parts - Transfer to Capital Spares | - | - | | | | | - | - |
| Total Spare Parts Inventory | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| Total Inventories | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| Total Current Assets | 8,416 | 8,774 | - | - | - | - | - | 8,416 |
| | | | | | | | | |
| Investment in MPC | - | - | | | | | - | - |
| PHI Other Assets | - | - | | | | | - | - |
| Deferred Loan Costs | 481 | 481 | | | | | - | 481 |
| Morgan Keegan - Gyp Closure | - | - | | | | | - | - |
| LT Freight Deposits | - | - | | | | | - | - |
| LT Deferred Tax Asset | - | - | | | | | - | - |
| Investment - Ammonia Tank Subsidiary | - | - | | | | | - | - |
| Investment - Sulfuric Acid Tanks Sub | - | - | | | | | - | - |
| Total Other LT Assets | 481 | 481 | | | | | - | 481 |
| | | | | | | | | |
| Buildings - Non Katrina | - | - | | | | | - | - |
| Buildings - Katrina | - | - | | | | | - | - |
| Land Improvements-2010 | - | - | | | | | - | - |
| Land Improvements-2011 | - | - | | | | | - | - |
| Land Improvements-2012 | - | - | | | | | - | - |
| Land Improvements-2013 | - | - | | | | | - | - |
| Site Improvements | - | - | | | | | - | - |
| | | | | | | | | |
| Apparatus & Machinery | - | - | | | | | - | - |
| Katrina Equipment | - | - | | | | | - | - |
| Other Equipment - Non Katrina | - | - | | | | | - | - |
| Other Equipment - Katrina | - | - | | | | | - | - |
| Plant Rolling Stock - Non Katrina | - | - | | | | | - | - |
| Plant Rolling Stock - Katrina | - | - | | | | | - | - |
| Office Furn & Fix - Non Katrina | - | - | | | | | - | - |
| Office Furn & Fix - Katrina | - | - | | | | | - | - |
| Capital Spare Parts | - | - | | | | | - | - |
| Total Machinery & Equipment | - | - | - | - | - | - | - | - |
| | | | | | | | | - |
| A/D - Land-2010 | - | - | | | | | - | - |
| A/D - Land-2011 | - | - | | | | | - | - |
| A/D - Land-2012 | - | - | | | | | - | - |
| A/D - Land-2013 | - | - | | | | | - | - |
| A/D - Buildings - Non Katrina | - | - | | | | | - | - |
| A/D - Buildings - Katrina | - | - | | | | | - | - |
| A/D - Site Improvements | - | - | | | | | - | - |
| A/D - Apparatus & Machinery | - | - | | | | | - | - |
| A/D - Apparatus & Machinery | - | - | | | | | - | - |
| A/D - Other Equipment - Non Katrina | - | - | | | | | - | - |
| A/D - Other Equipment - Katrina | - | - | | | | | - | - |
| A/D - Plant Rolling Stock - Non Katrina | - | - | | | | | - | - |
| A/D - Plant Rolling Stock - Katrina | - | - | | | | | - | - |

Balance Sheet by Entity 2B

| MPC Consolidating Balance Sheet (Amounts in Thousands USD) | MPC 11/30/2015 Adjusted Balances | MPC 10/31/2015 Adjusted Balances | ATS 11/30/2015 Adjusted Balances | ATS 10/30/2015 Adjusted Balances | SATS 11/30/2015 Adjusted Balances | SATS 10/31/2015 Adjusted Balances | MPC 10/31/2015 Eliminations | MPC 10/31/2015 Balances |
|---|---|---|---|---|---|---|---|---|
| A/D - Office Furn & Fix - Non Katrina | - | - | | | | | - | - |
| A/D - Office Furn & Fix - Katrina | - | - | | | | | - | - |
| A/D - Capital Spare Parts | - | - | | | | | - | - |
| Total Accumulated Depreciation | - | - | - | - | - | - | - | - |
| | | | | | | | | - |
| Construction in Progress | - | - | | | | | - | - |
| | | | | | | | | - |
| Total Net PP&E | - | - | - | - | - | - | - | - |
| | | | | | | | | - |
| **Total Assets** | **8,897** | **9,255** | **-** | **-** | **-** | **-** | **-** | **8,897** |
| | | | | | | | | |
| A/P - Trade (Post Petition) | 155 | 155 | | | | | - | 155 |
| A/P - Trade (Pre-Petition) | 27,657 | 27,657 | | | | | - | 27,657 |
| Payroll Liabilities | - | - | | | | | - | - |
| A/P-Accr | - | - | | | | | - | - |
| A/P-ATS | (8) | (8) | 8 | 8 | | | - | (0) |
| A/P-SATS | (14) | (14) | | | 14 | 14 | - | (0) |
| A/P - PHI | 62 | 62 | | | | | - | 62 |
| A/P - MPC | - | - | - | - | | | - | - |
| | | | | | | | | - |
| Total Accounts Payable | 27,852 | 27,852 | 8 | 8 | 14 | 14 | - | 27,874 |
| Accrued Other | 399 | 399 | | | | | - | 399 |
| Accrued Other - Rock | - | - | | | | | - | - |
| Accrued Environmental Remediation | - | - | | | | | - | - |
| Accrued Rock Price Adj | - | - | | | | | - | - |
| Accrued Competitive Discounts | - | - | | | | | - | - |
| Accrued Medical Claims - IBNR | - | - | | | | | - | - |
| Spare Parts Received Not Billed | 81 | 81 | | | | | - | 81 |
| Accrued Workers Comp - IBNP | 383 | 383 | | | | | - | 383 |
| Accrued Hospital Insurance | - | - | | | | | - | - |
| United Way Contribution | - | - | | | | | - | - |
| HBP Revolver | 9,067 | 9,067 | | | | | - | 9,067 |
| Butler Snow Escrow | (1,859) | (1,859) | | | | | - | (1,859) |
| UCC Escrow | (425) | (425) | | | | | - | (425) |
| Notes Payable - HBP | - | - | | | | | - | - |
| Accrued Interest - PHI | - | - | | | | | - | - |
| Accrued Payroll | 35 | 35 | | | | | - | 35 |
| Accrued Vacations | - | - | | | | | - | - |
| Accrued Vacation Employee Bank | - | - | | | | | - | - |
| Accrued Compensation - SARS | - | - | | | | | - | - |
| Accrued Bonus | - | - | | | | | - | - |
| Accrued Audit Fees | - | - | | | | | - | - |
| Accrued Interest - Hudson | 9,130 | 9,130 | | | | | - | 9,130 |
| Accrued Property Tax | 2,062 | 2,062 | | | | | - | 2,062 |
| Accrued Franchise Tax | 226 | 226 | | | | | - | 226 |
| Accrued Use Tax | 25 | 25 | | | | | - | 25 |
| Accrued Interest - Ins Financing | - | - | | | | | - | - |
| Total Accrued Liabilities | 19,124 | 19,124 | - | - | - | - | - | 19,124 |
| Total A/P & Accrued Expenses | 46,976 | 46,976 | 8 | 8 | 14 | 14 | - | 46,999 |
| | | | | | | | | - |
| Hudson Bay LTD | 31,000 | 31,000 | | | | | - | 31,000 |
| Notes Payable - PHI/MPC | 5,968 | 5,968 | | | | | - | 5,968 |
| Notes Payable - Equipment Financing | - | - | | | | | - | - |
| Notes Payable - Ins Financing | - | - | | | | | - | - |
| Trammo Term Loan - Long Term | - | - | | | | | - | - |
| LT Notes Payable - Equipment Financing | - | - | | | | | - | - |
| Accrued Gypsum Disposal | - | - | | | | | - | - |
| Deferred Income Taxes - LT | 1,263 | 1,263 | | | | | - | 1,263 |
| | | | | | | | | - |
| Common Stock | 1 | 1 | | | | | - | 1 |
| Add'l Paid-In-Capital | 29,877 | 29,877 | 2,861 | 2,861 | 3,111 | 3,111 | - | 35,849 |
| Retained Earnings | (57,831) | (57,831) | (1,928) | (1,928) | (627) | (627) | - | (60,386) |
| Net Income | (48,358) | (47,999) | (941) | (941) | (2,498) | (2,498) | - | (51,797) |
| Total Shareholder's Equity | (76,311) | (75,952) | (8) | (8) | (14) | (14) | - | (76,333) |
| **Total Liabilities & Shareholder's Equity** | **8,897** | **9,255** | **(0)** | **(0)** | **(0)** | **(0)** | **-** | **8,897** |

Balance Sheet by Entity 2B

MCD Consolidating Profit and Loss Statement
**(Amounts in Thousands USD)**
Year to Date 11/30/2015

| | MPC Adjusted Balances | ATS Adjusted Balances | SATS Adjusted Balances | MPC Consolidated Eliminations | MPC Consolidated Balances |
|---|---:|---:|---:|---:|---:|
| DAP Sales | (34) | - | - | - | (34) |
| MAP Sales | - | - | - | - | - |
| Profit Share Income - Trammo | - | - | - | - | - |
| Customer Volume Discounts | - | - | - | - | - |
| Misc sales adj | - | - | - | - | - |
| Stg & Handling - Trammo Sales | - | - | - | | - |
| Net Sales - DAP | (34) | - | - | - | (34) |
| Net Sales - Other | 2,906 | 2,906 | - | (2,906) | 2,906 |
| PHI Management Services Income | - | - | - | - | - |
| PHI Sales Commissions | - | - | - | - | - |
| Total Net Sales | 2,872 | 2,906 | - | (2,906) | 2,872 |
| Total Cost of Sales | 18,075 | 288 | 102 | - | 18,465 |
| Gross Profit (Loss) | (15,203) | 2,618 | (102) | (2,906) | (15,593) |
| | - | - | - | | - |
| Total Selling, General & Admin Exp | 3,282 | 2,906 | - | (2,906) | 3,282 |
| Insurance Recoveries | (1,789) | - | - | - | (1,789) |
| Environmental Remediation | 303 | - | - | - | 303 |
| Operating Income (Loss) | (16,999) | (288) | (102) | - | (17,390) |
| Total Interest, Net | (347) | - | - | - | (347) |
| Total Other, Net | (30,653) | (653) | (2,396) | - | (33,702) |
| Income (Loss) Before Taxes | (47,999) | (941) | (2,498) | - | (51,439) |
| Income Tax Expense | - | - | - | - | - |
| Net Income (Loss) | (47,999) | (941) | (2,498) | - | (51,439) |

Income Statement by Entity 2C

**Mississippi Phosphates Corporation**
**For the Period of Nov 1 to Nov 30, 2015**

## Cash Reconciliation

| | | |
|---|---|---|
| Beginning Cash Balance | $ | 889,027 |
| Cash Receipts (ties to Form 2-D) | $ | 106,552 |
| Cash Disbursements (ties to Form 2D) | $ | (454,302) |
| Net Cash Flow | $ | (347,750) |
| Ending Cash Balance | $ | 541,278 does not include float |

### Cash Summary - Ending Balance

| | | Amount | Financial Institution |
|---|---|---|---|
| Real Estate Account | | | |
| Trust Account | | $ - | |
| Operating and / or Personal Account | | $ - | |
| DIP Funding Account | | $ 447,262 | WF DIP Funding Account |
| Payroll Account | | | |
| Tax Account | | $ 92,516 | Wells Fargo |
| Control Disbursements | | $ - | |
| Other Accounts (Specify savings or checking) | Checking | $ - | |
| Other Accounts (Specify savings or checking) | Checking | $ - | |
| Cash Collateral Account | | | |
| Petty Cash | | $ 1,500 | Cash on hand |
| Total Cash (must agree with above ending Cash) | | $ 541,278 | |
| | | $ - | |

Adjusted Cash Disbursements:

Cash disbursments above less inter-account
  transfers and UST fees paid
   (to be used to determing quarterly UST fee)

# Mississippi Phosphates Corporation
MPC Quarterly Fee Summary
November 30, 2015

| Payment Date | Cash Disbursements | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 3,683,251.44 | | | |
| February | $ 1,307,159.20 | | | |
| March | $ 1,478,622.00 | | | |
| Total 1st Quarter | $ 6,469,032.64 | $ 13,000.00 | 58277 | 4/22/2015 |
| | | | | |
| April | $ 1,948,670.19 | | | |
| May | $ 3,013,582.68 | | | |
| June | $ 3,291,102.74 | | | |
| Total 2nd Quarter | $ 8,253,355.61 | $ 13,000.00 | 60187 | 7/15/2015 |
| | | | | |
| July | $ 2,712,662.47 | | | |
| August | $ 1,384,943.81 | | | |
| September | $ 1,100,125.67 | | | |
| Total 3rd Quarter | $ 5,197,731.95 | $ 13,000.00 | 60392 | 10/16/2015 |
| | | | | |
| October | $ 1,678,563.33 | | | |
| November | $ 454,301.52 | | | |
| December | $ - | | | |
| Total 4th Quarter | | $ - | | |

Quarterly Fee Summary 2D page 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **MISSISSIPPI PHOSPHATES** | ) | |
| **CORPORATION,** *et al.*[1] | ) | **CASE NO. 14-51667-KMS** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |
| | ) | |

## NARRATIVE STATEMENT

For Period November 1, 2015 to November 30, 2015

Please provide a brief description of the significant business and legal action by the debtor, its creditors, or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.[2]

Mississippi Phosphates Corporation, *et al.*, the Debtors and debtors-in-possession herein (the "***Debtors***"), filed their Bankruptcy Cases on October 27, 2014 (the "***Petition Date***"). The Debtors have continued to operate and manage their businesses pursuant to Bankruptcy Code §§ 1107(a) and 1108.

As noted in the October 2015 Monthly Operating Report, on October 16, 2015 (the "***Closing Date***"), the Debtors closed the Alternative Transactions by transferring to the MPC Environmental Trust and to the MPC Liquidation Trust substantially all of its real and personal property. As of that date, the MPC Environmental Trustee assumed the responsibility for the wastewater treatment and the gyp stacks maintenance, while the MPC Liquidation Trustee assumed the responsibility for the ammonia terminally operations of the Debtors. On November 3, 2015, the Debtors filed their *Notice of Closing of Sale of Assets to Environmental Trustee and Liquidation Trustee under Alternative Transaction* [Dkt. # 1070].

After the Closing Date, the Debtors' professionals worked with professionals for the MPC Environmental Trustee, the MPC Liquidation Trustee, and the Environmental Agencies

---

[1] The chapter 11 cases of the following affiliated Debtors have been administratively consolidated for joint administration pursuant to that certain *Order Granting Motion of the Debtor for Order Directing Joint Administration of Affiliated Cases Pursuant to Bankruptcy Rule 1015(b)*, dated October 29, 2014 [Dkt. # 62]: Mississippi Phosphates Corporation ("***MPC***"), Case No. 14-51667, Ammonia Tank Subsidiary, Inc. ("***ATS***"), Case No. 14-51668 and Sulfuric Acid Tanks Subsidiary, Inc. ("***SATS***"), Case No. 14-51671. These chapter 11 cases are sometimes referred to herein as the "***Bankruptcy Cases***." Consequently, this Narrative describes developments in all three Bankruptcy Cases.

[2] All references to Docket Numbers are to the Docket in the MPC case, which is the Lead Case.

with respect to various financing and budget issues related to the transfers of assets of the Debtors to those two Trusts to ensure a smooth and orderly transition, as well as with respect to numerous operational, transitional, and legal issues related to the transfer of the Debtors' real and personal property to the appropriate trust, including a survey of the subject property, easements and other real estate title issues, and reviewing environmental permits to allocate permits to the appropriate Trust for future operations.

MPC continued to coordinate with State and Federal agencies with respect to the implementation of the requirements of the *Order Granting Motion of Mississippi Phosphates Corporation for Order Approving Entry Into Settlement with the United States Department of Justice and for Authority to Enter Into and Perform to Proposed Plea Agreement* [Dkt. # 948], and the Judgment entered on August 18, 2015 in the case styled, "*United States of America v. Mississippi Phosphates Corporation*," Criminal Action No: 1:15CR58, United States District Court, Southern District of Mississippi, in which MPC was ordered to deed, unencumbered, in fee simple, all title and interest in the 320-acre parcel adjacent to the MPC facility in Jackson County, Mississippi, to the Mississippi Department of Marine Resources to become part of the Grand Bay National Estuarine Research Reserve.  These discussions centered on the conditions and requirements under which the State of Mississippi for the Mississippi Department of Marine Resources would accept this 320-acre parcel.  Although MPC has stood ready and willing to convey title to this 320-acre parcel, as of the end of November 2015, this matter had not been resolved, so no conveyance of this 320-acre parcel had occurred.  The professionals for MPC continue their discussions with the State and Federal Governments about the conveyance of this property.

The Debtors' professionals also coordinated with counsel for the Liquidation Trustee, the Environmental Trustee, the Environmental Agencies, and the Committee with respect to rights and coverages under various insurance policies.

The Debtors' professionals also reviewed and analyzed a possible claim that might be available with respect to the Mississippi Power Company refund for the Kemper Charges and began discussions with affected parties regarding a possible consensual resolution of such claims.

Following the hearing on the Debtors' *Emergency Motion to Enforce the Automatic Stay* [Dkt. # 1033] conducted by the Court on October 21, 2015, parties submitted post-hearing briefs [Dkt. ## 1071; 1074].

The Debtors also continue to work with Assessment Technologies, Ltd. with respect to the valuation of assets previously owned by the Debtors which had been transferred to the MPC Environmental Trust and the MPC Liquidation Trust.

The Debtors' professionals continued their work on preparing a Chapter 11 plan and disclosure statement, including communications with counsel for the Committee related to that work.

- 3 -

The Debtors' professionals also interacted with the Internal Revenue Service with respect to the filing of certain tax returns and documentation related to the payment of taxes associated with those returns.

The Debtors' professionals also interacted with the Arthur J. Gallagher ("*Gallagher*"), the Debtors' insurance broker, with respect to the course of action with regard to handling of workers' compensation claims on a going forward basis. The Debtors' professionals also communicated with Gallagher, as well as counsel for the MPC Environmental Trustee, the Environmental Agencies, the MPC Liquidation Trustee, and the Committee with respect to the reporting period for claims under the current environmental insurance policy and also the availability and cost of a supplemental extended reporting period endorsement for environmental insurance policy.

On November 5, 2015, Burr & Forman LLP filed its *Third Application for Compensation of Burr & Forman LLP as Attorneys for Official Committee of Unsecured Creditors of Mississippi Phosphates Corporation* [Dkt. # 1072].

29228872v1

**Mississippi Phosphates Corporation**

**Cash Receipts Nov 2015**

| Date | Request | Description | Receipts |
|---|---|---|---|
| 11/13/2015 | | Amoco | $ 102,844.94 |
| 11/16/2015 | | Credit from Martin Energy | $ 207.00 |
| 11/23/2015 | | Icloud Returned Wire | $ 3,500.00 |
| | | **Grand total** | **$106,551.94** |
| | | **Tax accounts** | 0.00 |
| | | **petty cash** | - |
| | | **Employee benefit account** | - |
| | | **Plant Managers Account** | |
| | | MPC DIP Account | |
| | | | $106,551.94 |

## Mississippi Phosphates Corporation

### Cash Disbursements Nov 2015

| Date | Check No.-TO | Vendor | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/2/2015 | | MPC Liquidation Trust | | $ (310,000.00) |
| 11/2/2015 | | NetSuite | | $ (4,597.00) |
| 11/9/2015 | | iCloud | | $ (4,050.00) |
| 11/12/2015 | | Bank Service Fee | | $ (2,204.36) |
| 11/23/2015 | | iCloud | | $ (3,500.00) |
| 11/23/2015 | | MPC Liquidation Trust | | $ (102,844.94) |
| 11/24/2015 | | Intuit QB fee | | $ (85.60) |
| 11/24/2015 | | Crawford & Co. | | $ (946.14) |
| 11/9/2015 | 60422 | Robert Kerley | | $ (2,135.88) |
| 11/9/2015 | 60423 | Robert P. Kerley | | $ (1,500.00) |
| 11/9/2015 | 60424 | MS DEPT OF ENVIRONMENTAL QUALITY | | $ (20,450.16) |
| 11/9/2015 | 60425 | RAINBOW WATER INC | | $ (187.50) |
| 11/12/2015 | 60426 | HERTZ EQUIPMENT AND PUMP DIVISION | | $ (1,643.74) |
| 11/23/2015 | 60427 | CT Corporation | | $ (156.20) |

| | |
|---|---|
| **Grand Total** | **(454,301.52)** |
| **Tax Account** | |
| petty cash | - |
| Employee benefit account | - |
| Plant Managers Account | - |
| **Total disbursements** | **(454,301.52)** |

**Phosphate Holdings Inc.**
**Phosphate Holdings Inc. : Mississippi Phosphates Corporation**
**Custom A/P Aging Summary**
**As of Nov, 2015**

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **BROCK SERVICES, LTD** | 0.00 | 0.00 | 0.00 | 0.00 | 3,490.56 | 3,490.56 |
| **JACKSON COUNTY PORT AUTHORITY** | 0.00 | 0.00 | -691.94 | 0.00 | 0.00 | -691.94 |
| **JOE TUCKER, TAX COLLECTOR** | 0.00 | 0.00 | 0.00 | 0.00 | 149,682.69 | 149,682.69 |
| **PASCAGOULA UTILITIES** | 0.00 | 0.00 | 0.00 | 2,017.78 | 0.00 | 2,017.78 |
| **U.S. Trustee** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNITED RENTALS** | 0.00 | 3,676.58 | 0.00 | 0.00 | 0.00 | 3,676.58 |
| **USA BLUE BOOK** | 0.00 | 0.00 | 534.17 | 0.00 | 0.00 | 534.17 |
| | 0.00 | 3,676.58 | -157.77 | 2,017.78 | 153,173.25 | 158,709.84 |

# Mississippi Phosphates Corporation
## Customer A/R Aging Summary 2
### As of Nov 30, 2015

**Filters: Amount Due (not equal to From: 0.0 ), Name (equal to A/R - Trade )**

| Customer:Work Order | Current Open Balance | 30 Open Balance | 60 Open Balance | 90 Open Balance | >90 Open Balance | Total Open Balance |
|---|---|---|---|---|---|---|
| Debruce Fertilizer, INC | $0.00 | $0.00 | $0.00 | $0.00 | ($5,357.17) | ($5,357.17) |
| Growmark, Inc | $0.00 | $0.00 | $0.00 | $0.00 | ($33,709.19) | ($33,709.19) |
| Stuart Farm Center | $0.00 | $0.00 | $0.00 | $0.00 | $559.20 | $559.20 |
| Ammonia Tanks Subsidiary | $0.00 | $0.00 | $0.00 | $0.00 | $1,137,392.00 | $1,137,392.00 |
| **Total** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,098,884.84** | **$1,098,884.84** |
| Inter-Oceanic Corp. | | | | | $0.00 | $0.00 |
| Less Reserve for Doubtful Accounts | | | | | ($1,098,884.84) | ($1,098,884.84) |
| Net AR Outstanding | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# Mississippi Phosphates Corporation
## As of Nov 30, 2015
Insurance Schedule

| Type | Carrier / Agent | Coverage | Date of Expiration | Premium Paid | |
|---|---|---|---|---|---|
| Workers Compensation | New Hampshire Ins. (AIG) | Statutory + 1M employer | 22-Dec-15 | 237,686 | |
| General Liability | National Union (AIG) | 1,000,000 | 22-Dec-15 | 26,528 | |
| Property (Fire, Theft) | | | | | |
| Vehicle | Granite State Insurance Co. (AIG) | 2,000,000 | 22-Dec-15 | 32,074 | |
| Other | | | | | |
| Other: | | | | | |
| Foreign Liability | ACE | 1,000,000 | 22-Dec-15 | 2,500 | |
| Marine Liability | Travelers Group | 5,000,000 | 22-Dec-15 | 12,500 | |
| Hull / P&I | Travelers Group | 1,037,500 | 22-Dec-15 | 5,720 | |
| Umbrella Liability | National Union (AIG) | 25,000,000 | 22-Dec-15 | 188,346 | |
| Environmental | AIG | 10,000,000 | 22-Dec-15 | 357,158 | |
| Fiduciary | XL Specialty Insurance Company | 5,000,000 | 23-Dec-15 | 25,000 | |
| Emp. Practices Liab. | XL Specialty Insurance Company | 5,000,000 | 23-Dec-15 | 75,000 | |
| Crime | U.S. Specialty Ins. Co. | 1,000,000 | 22-Mar-16 | 4,342 | |
| Director and Officer | Endurance American Insurance Compar | 10,000,000 | 31-Oct-15 | 14,900 | (A) |
| Kidnap & Ransom | Federal Insurance Company (Chubb) | 5,000,000 | 22-Dec-16 | 5,250 | |

Note:  Insurance is purchased by MPC for the consolidated group without segregation between the individual operations.  The amounts above reflect the insurance in place for the entire group till expiration of the particular policy.  Additionally, we increased the collateral on the workers compensation insurance from $1,500 thousand to $1,850 thousand at the time of the renewal in December 2014.

(A)  In September 2015, the company obtained a one month coverage for D&O as noted above to cover the period from Oct. 1 to October 31, 2015.

# WellsOne® Account

Account number: **4202608733** ■ November 1, 2015 - November 30, 2015 ■ Page 1 of 2



MISSISSIPPI PHOSPHATES CORPORATION
DEBTOR-IN-POSSESSION
CASE NO. 14-51667-KMS
601 INDUSTRIAL RD
PASCAGOULA MS 39581-3233

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 4202608733 | $795,011.90 | $106,551.94 | -$454,301.62 | $447,262.22 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/13 | 102,844.94 | Amoco 6481 PO/Remit Nov 13 2000972351 000005906\ |
| | 11/16 | 207.00 | ZBA Funding Account Transfer From 4122057334 |
| | 11/23 | 3,500.00 | WT Seq159134 WF Return Wires IN Proc /Org= Srf# 2015112300139576 Trn#151123159134 Rfb# |
| | | $106,551.94 | **Total electronic deposits/bank credits** |
| | | $106,551.94 | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/02 | 4,597.00 | WT Fed#09070 Bank of America /Ftr/Bnf=Netsuite Inc. Srf# IN15110214175213 Trn#151102179581 Rfb# 000002414 |
| | 11/02 | 310,000.00 | WT Seq#53321 Mpc Liquidation Trust /Bnf=Mpc Liquidation Trust Srf# IN15110116432156 Trn#151102053321 Rfb# 000002413 |
| | 11/09 | 4,050.00 | WT 151109-099272 Royal Bank of Canad /Bnf=Icloudauthority Inc. Srf# IN15110911323674 Trn#151109099272 Rfb# 000002415 |
| | 11/12 | 2,204.36 | Client Analysis Srvc Chrg 151110 Svc Chge 1015 000004202608733 |
| | 11/23 | 102,844.94 | WT Seq#00043 Mpc Liquidation Trust /Bnf=Mpc Liquidation Trust Srf# IN15111609072936 Trn#151123000043 Rfb# 000002416 |
| | 11/23 | 3,500.00 | WT 151123-000378 Royal Bank of Canad /Bnf=Icloudauthority Inc Srf# IN15112105414067 Trn#151123000378 Rfb# 000002418 |

(182)
Sheet Seq = 0140178

Sheet 00001 of 00002

Account number: 4202608733  ■  November 1, 2015 - November 30, 2015  ■  Page 2 of 2



**WELLS FARGO**

### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/24 | 946.14 | C & C Sisdat-Aeg DTC 16065 Crawford & Company |
| | 11/24 | 85.60 | Intuit Payrollee 151123 9771084 Mississippi Phosphates |
| | | **$428,228.04** | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 60373 | 45.00 | 11/02 | 60417* | 457.50 | 11/04 | 60422 | 2,135.88 | 11/18 |
| 60405* | 84.11 | 11/04 | 60418 | 156.00 | 11/05 | 60423 | 1,500.00 | 11/18 |
| 60406 | 18.95 | 11/04 | 60419 | 1,320.00 | 11/06 | 60424 | 15,577.54 | 11/16 |
| 60407 | 161.77 | 11/04 | 60420 | 3,750.00 | 11/03 | 60425 | 187.50 | 11/12 |
| 60408 | 670.17 | 11/04 | 60421 | 9.16 | 11/16 | | | |
| | | **$26,073.58** | **Total checks paid** | | | | | |

* Gap in check sequence.

| | $454,301.62 | Total debits |
|---|---|---|

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/31 | 795,011.90 | 11/06 | 473,751.40 | 11/16 | 554,774.78 |
| 11/02 | 480,369.90 | 11/09 | 469,701.40 | 11/18 | 551,138.90 |
| 11/03 | 476,619.90 | 11/12 | 467,309.54 | 11/23 | 448,293.96 |
| 11/04 | 475,227.40 | 11/13 | 570,154.48 | 11/24 | 447,262.22 |

| | | | | | |
|---|---|---|---|---|---|
| 11/04 | 475,227.40 | 11/13 | 370,134.48 | 11/24 | 447,262.22 |
| 11/05 | 475,071.40 | | | | |
| | **Average daily ledger balance** | **$505,160.18** | | | |

# WellsOne® Account

Account number: 4128195625  ■ November 1, 2015 - November 30, 2015  ■ Page 1 of 1



MISSISSIPPI PHOSPHATES CORPORATION
DEBTOR-IN-POSSESSION TAX ACCOUNT
CASE NO. 14-51667-KMS
601 INDUSTRIAL RD
PASCAGOULA MS 39581-3233

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 4128195625 | $92,515.51 | $0.00 | $0.00 | $92,515.51 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 10/31 | 92,515.51 |
| **Average daily ledger balance** | **$92,515.51** |