# Monthly Operating Report

## CHAPTER 11

CASE NAME:   Mississippi Phosphates Corporation

CASE NUMBER:   14-51671          For Period:          December 1 to December 31 , 2015

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH.  The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing.  File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (X) | ( ) | Comparative Balance Sheet (FORM 2-B) |
| (X) | ( ) | Profit and Loss Statement (FORM 2-C) |
| (X) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| (X) | ( ) | Supporting Schedules (FORM 2-E) |
| (X) | ( ) | Narrative (FORM 2-F) |
| (X) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance for all account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments therefor, are true and correct to the best of my knowledge and belief.

Executed on:          1/15/2016
                         (date)

Debtor(s)*          Mississippi Phosphates Corporation

By:**

Position:          Assistant CRO

Name of Preparer:   Chris Brokmeier

Telephone No. of Preparer:          1-312-890-3554

* both debtors must sign if a joint petition

** for corporate or partnership debtor

| MPC Consolidating Balance Sheet (Amounts in Thousands USD) | MPC | | ATS | | SATS | | MPC | |
|---|---|---|---|---|---|---|---|---|
| | 12/31/2015 | 11/30/2015 Adjusted Balances | 12/31/2015 | 11/30/2015 Adjusted Balances | 12/31/2015 | 11/30/2015 Adjusted Balances | 12/31/2015 Eliminations | 12/31/2015 Balances |
| Total Cash | 1,126 | 479 | | | | | - | 1,126 |
| | | | | | | | | - |
| Deferred Income Taxes - Current | 5,004 | 5,004 | | | | | | 5,004 |
| | | | | | | | | - |
| A/R - Trade | | 0 | | | | | - | - |
| A/R - Misc Trade | | - | | | | | | |
| Total A/R - Trade | | 0 | - | - | - | - | - | - |
| | | | | | | | | - |
| A/R - Other | 11 | 11 | | | | | - | 11 |
| A/R - OCP | - | - | | | | | | |
| A/R - Intercompany | 2,921 | 2,921 | | | | | - | 2,921 |
| A/R - Ammonia Tank Subsidiary | - | - | | | | | - | |
| A/R - Sulfuric Acid Tank Subsidiary | - | - | | | | | - | |
| Note Receivable - PHI/MPC | - | - | | | | | - | |
| Interest Receivable - PHI/MPC | - | - | | | | | - | |
| | | | | | | | | |
| Total A/R - Other | 2,932 | 2,932 | - | - | - | - | - | 2,932 |
| | | | | | | | | |
| Workers Compensation Deposit | | - | | | | | - | - |
| Prepaid Insurance | | - | | | | | - | - |
| Deposits and Retainers | | - | | | | | - | - |
| Transammonia Inv Valuation Deposit | | - | | | | | - | - |
| Prepaid Other | | - | | | | | - | - |
| Raw Material Deposits-Exxon Mobil | | - | | | | | - | - |
| ST Freight Deposits | | - | | | | | - | - |
| Raw Material Deposits-Chevron | | - | | | | | - | - |
| Raw Material Deposits-Shrieve | | - | | | | | - | - |
| Raw Material Deposits-Trammo Ammonia | | - | | | | | - | - |
| Prepaid Turnaround Cost | | - | | | | | - | - |
| DAP Inventory Delivered not Billed | | - | | | | | - | - |
| Total Prepaid & Other Current | | - | - | - | - | - | - | - |
| | | | | | | | | |
| DAP - Finished Goods Inventory | | - | | | | | - | - |
| | | | | | | | | |
| Sulfuric Acid | | - | | | | | - | - |
| Phos Acid | | - | | | | | - | - |
| Total Intermediary Products Inventory | | - | - | - | - | - | - | - |
| | | | | | | | | |
| Phos Rock | | - | | | | | - | - |
| Sulfur | | - | | | | | - | - |
| Purchased SA | | - | | | | | - | - |
| Raw Material Deposits | | - | | | | | - | - |
| Chemicals | | - | | | | | - | - |
| | | | | | | | | |
| Total Raw Materials Inventory | | - | - | - | - | - | - | - |
| | | | | | | | | |
| Spare Parts & Supplies | | - | | | | | - | - |
| Spare Parts Out for Repair | | - | | | | | - | - |
| Spare Parts - Transfer to Capital Spares | | - | | | | | - | - |
| Total Spare Parts Inventory | | - | - | - | - | - | - | - |
| | | | | | | | | |
| Total Inventories | | - | - | - | | | | - |
| | | | | | | | | |
| Total Current Assets | 9,062 | 8,416 | - | - | - | - | - | 9,062 |
| | | | | | | | | |
| Investment in MPC | | - | | | | | - | - |
| PHI Other Assets | | - | | | | | - | - |
| Deferred Loan Costs | 481 | 481 | | | | | - | 481 |
| Morgan Keegan - Gyp Closure | | - | | | | | - | - |
| LT Freight Deposits | | - | | | | | - | - |
| LT Deferred Tax Asset | | - | | | | | - | - |
| Investment - Ammonia Tank Subsidiary | | - | | | | | - | - |
| Investment - Sulfuric Acid Tanks Sub | | - | | | | | - | - |
| Total Other LT Assets | 481 | 481 | | | | | - | 481 |
| | | | | | | | | |
| Buildings - Non Katrina | | - | | | | | - | - |
| Buildings - Katrina | | - | | | | | - | - |
| Land Improvements-2010 | | - | | | | | - | - |
| Land Improvements-2011 | | - | | | | | - | - |
| Land Improvements-2012 | | - | | | | | - | - |
| Land Improvements-2013 | | - | | | | | - | - |
| Site Improvements | | - | | | | | - | - |
| | | | | | | | | - |
| | | | | | | | | - |
| Apparatus & Machinery | | - | | | | | - | - |
| Katrina Equipment | | - | | | | | - | - |
| Other Equipment - Non Katrina | | - | | | | | - | - |
| Other Equipment - Katrina | | - | | | | | - | - |
| Plant Rolling Stock - Non Katrina | | - | | | | | - | - |
| Plant Rolling Stock - Katrina | | - | | | | | - | - |
| Office Furn & Fix - Non Katrina | | - | | | | | - | - |
| Office Furn & Fix - Katrina | | - | | | | | - | - |
| Capital Spare Parts | | - | | | | | - | - |
| Total Machinery & Equipment | | - | - | - | - | - | - | - |
| | | | | | | | | |
| A/D - Land-2010 | | - | | | | | - | - |
| A/D - Land-2011 | | - | | | | | - | - |
| A/D - Land-2012 | | - | | | | | - | - |
| A/D - Land-2013 | | - | | | | | - | - |
| A/D - Buildings - Non Katrina | | - | | | | | - | - |
| A/D - Buildings - Katrina | | - | | | | | - | - |

Balance Sheet by Entity 2B

| MPC Consolidating Balance Sheet (Amounts in Thousands USD) | MPC 12/31/2015 | MPC 11/30/2015 Adjusted Balances | ATS 12/31/2015 | ATS 11/30/2015 Adjusted Balances | SATS 12/31/2015 | SATS 11/30/2015 Adjusted Balances | MPC Eliminations 12/31/2015 | MPC Balances 12/31/2015 |
|---|---|---|---|---|---|---|---|---|
| A/D - Site Improvements | | - | | | | | | - |
| A/D - Apparatus & Machinery | | - | | | | | | - |
| A/D - Apparatus & Machinery | | - | | | | | | - |
| A/D - Other Equipment - Non Katrina | | - | | | | | | - |
| A/D - Other Equipment - Katrina | | - | | | | | | - |
| A/D - Plant Rolling Stock - Non Katrina | | - | | | | | | - |
| A/D - Plant Rolling Stock - Katrina | | - | | | | | | - |
| A/D - Office Furn & Fix - Non Katrina | | - | | | | | | - |
| A/D - Office Furn & Fix - Katrina | | - | | | | | | - |
| A/D - Capital Spare Parts | | - | | | | | | - |
| Total Accumulated Depreciation | | - | - | - | - | - | | - |
| Construction in Progress | | | | | | | | - |
| Total Net PP&E | | - | - | - | - | - | - | - |
| **Total Assets** | **9,543** | **8,897** | **-** | **-** | **-** | **-** | **-** | **9,543** |
| A/P - Trade (Post Petition) | 155 | 155 | | | | | - | 155 |
| A/P - Trade (Pre-Petition) | 27,657 | 27,657 | | | | | - | 27,657 |
| Payroll Liabilities | - | - | | | | | - | - |
| A/P-Accr | - | - | | | | | | - |
| A/P-ATS | (8) | (8) | 8 | 8 | | | - | (0) |
| A/P-SATS | (14) | (14) | | | 14 | 14 | - | (0) |
| A/P - PHI | 62 | 62 | | | | | - | 62 |
| A/P - MPC | - | - | - | - | | | | - |
| Total Accounts Payable | 27,852 | 27,852 | 8 | 8 | 14 | 14 | - | 27,874 |
| Accrued Other | 399 | 399 | | | | | - | 399 |
| Accrued Other - Rock | - | - | | | | | - | - |
| Accrued Environmental Remediation | - | - | | | | | - | - |
| Accrued Rock Price Adj | - | - | | | | | - | - |
| Accrued Competitive Discounts | - | - | | | | | - | - |
| Accrued Medical Claims - IBNR | - | - | | | | | - | - |
| Spare Parts Received Not Billed | 81 | 81 | | | | | - | 81 |
| Accrued  Workers Comp - IBNP | 383 | 383 | | | | | - | 383 |
| Accrued Hospital Insurance | - | - | | | | | - | - |
| United Way Contribution | - | - | | | | | - | - |
| HBP Revolver | 9,067 | 9,067 | | | | | - | 9,067 |
| Butler Snow Escrow | (1,859) | (1,859) | | | | | - | (1,859) |
| UCC Escrow | (425) | (425) | | | | | - | (425) |
| Notes Payable - HBP | - | - | | | | | - | - |
| Accrued Interest - PHI | - | - | | | | | - | - |
| Accrued Payroll | 35 | 35 | | | | | - | 35 |
| Accrued Vacations | - | - | | | | | - | - |
| Accrued Vacation Employee Bank | - | - | | | | | - | - |
| Accrued Compensation - SARS | - | - | | | | | - | - |
| Accrued Bonus | - | - | | | | | - | - |
| Accrued Audit Fees | - | - | | | | | - | - |
| Accrued Interest - Hudson | 9,130 | 9,130 | | | | | - | 9,130 |
| Accrued Property Tax | 2,062 | 2,062 | | | | | - | 2,062 |
| Accrued Franchise Tax | 226 | 226 | | | | | - | 226 |
| Accrued Use Tax | 25 | 25 | | | | | - | 25 |
| Accrued Interest - Ins Financing | - | - | | | | | - | - |
| Total Accrued Liabilities | 19,124 | 19,124 | - | - | - | - | - | 19,124 |
| Total A/P & Accrued Expenses | 46,976 | 46,976 | 8 | 8 | 14 | 14 | - | 46,999 |
| Hudson Bay LTD | 31,000 | 31,000 | | | | | - | 31,000 |
| Notes Payable - PHI/MPC | 5,968 | 5,968 | | | | | - | 5,968 |
| Notes Payable - Equipment Financing | | - | | | | | - | - |
| Notes Payable - Ins Financing | | - | | | | | - | - |
| Trammo Term Loan - Long Term | | - | | | | | - | - |
| LT Notes Payable - Equipment Financing | | - | | | | | - | - |
| Accrued Gypsum Disposal | | - | | | | | - | - |
| Deferred Income Taxes - LT | 1,263 | 1,263 | | | | | - | 1,263 |
| Common Stock | 1 | 1 | | | | | - | 1 |
| Add'l Paid-In-Capital | 29,877 | 29,877 | 2,861 | 2,861 | 3,111 | 3,111 | - | 35,849 |
| Retained Earnings | (57,831) | (57,831) | (1,928) | (1,928) | (627) | (627) | - | (60,386) |
| Net Income | (47,712) | (48,358) | (941) | (941) | (2,498) | (2,498) | - | (51,151) |
| Total Shareholder's Equity | (75,664) | (76,311) | (8) | (8) | (14) | (14) | - | (75,687) |
| **Total Liabilities & Shareholder's Equity** | **9,543** | **8,897** | **(0)** | **(0)** | **(0)** | **(0)** | **-** | **9,543** |

Balance Sheet by Entity 2B

MCD Consolidating Profit and Loss Statement
(Amounts in Thousands USD)
Year to Date 12/31/2015

| | MPC | ATS | SATS | MPC | MPC |
|---|---|---|---|---|---|
| | Adjusted Balances | Adjusted Balances | Adjusted Balances | Consolidated Eliminations | Consolidated Balances |
| DAP Sales | (34) | - | - | - | (34) |
| MAP Sales | - | - | - | - | - |
| Profit Share Income - Trammo | - | - | - | - | - |
| Customer Volume Discounts | - | - | - | - | - |
| Misc sales adj | - | - | - | - | - |
| Stg & Handling - Trammo Sales | - | - | - | | - |
| Net Sales - DAP | (34) | - | - | - | (34) |
| Net Sales - Other | 2,906 | 2,906 | - | (2,906) | 2,906 |
| PHI Management Services Income | | - | - | - | - |
| PHI Sales Commissions | | - | - | - | - |
| Total Net Sales | 2,872 | 2,906 | - | (2,906) | 2,872 |
| Total Cost of Sales | 16,605 | 288 | 102 | - | 16,995 |
| Gross Profit (Loss) | (13,733) | 2,618 | (102) | (2,906) | (14,123) |
| Total Selling, General & Admin Exp | 3585 | - 2,906 | - | (2,906) | - 3,585 |
| Insurance Recoveries | (1,789) | - | - | - | (1,789) |
| Environmental Remediation | 303 | - | - | - | 303 |
| Operating Income (Loss) | (15,832) | (288) | (102) | - | (16,222) |
| Total Interest, Net | (347) | - | - | - | (347) |
| Total Other, Net | (31532) | (653) | (2,396) | - | (34,581) |
| Income (Loss) Before Taxes | (47,711) | (941) | (2,498) | - | (51,151) |
| Income Tax Expense | | - | - | - | - |
| Net Income (Loss) | (47,711) | (941) | (2,498) | - | (51,151) |

Income Statement by Entity 2C

**Mississippi Phosphates Corporation**
**For the Period of Dec  1 to Dec 31, 2015**

## Cash Reconciliation

| | | |
|---|---|---|
| Beginning Cash Balance | $ | 541,278 |
| Cash Receipts (ties to Form 2-D) | $ | 940,223 |
| Cash Disbursements (ties to Form 2D) | $ | (287,420) |
| Net Cash Flow | $ | 652,803 |
| Ending Cash Balance | $ | 1,194,081 | excl float |

**Cash Summary - Ending Balance**

| | | Amount | Financial Institution |
|---|---|---|---|
| Real Estate Account | | | |
| Trust Account | | $           - | |
| Operating and / or Personal Account | | $           - | |
| DIP Funding Account | | $    1,100,066 | WF DIP Funding Account |
| Payroll Account | | | |
| Tax Account | | $       92,516 | Wells Fargo |
| Control Disbursements | | $           - | |
| Other Accounts (Specify savings or checking) | Checking | $           - | |
| Other Accounts (Specify savings or checking) | Checking | $           - | |
| Cash Collateral Account | | | |
| Petty Cash | | $        1,500 | Cash on hand |
| Total Cash (must agree with above ending Cash) | | $    1,194,081 | |

Adjusted Cash Disbursements:                                    $           -

Cash disbursements above less inter-account
  transfers and UST fees paid
  (to be used to determing quarterly UST fee)

MPC Cash Statement 2D page 1

# Mississippi Phosphates Corporation

MPC Quarterly Fee Summary

## December 31, 2015

| Payment Date | Cash Disbursements | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 3,683,251.44 | | | |
| February | $ 1,307,159.20 | | | |
| March | $ 1,478,622.00 | | | |
| Total 1st Quarter | $ 6,469,032.64 | $ 13,000.00 | 58277 | 4/22/2015 |
| | | | | |
| April | $ 1,948,670.19 | | | |
| May | $ 3,013,582.68 | | | |
| June | $ 3,291,102.74 | | | |
| Total 2nd Quarter | $ 8,253,355.61 | $ 13,000.00 | 60187 | 7/15/2015 |
| | | | | |
| July | $ 2,712,662.47 | | | |
| August | $ 1,384,943.81 | | | |
| September | $ 1,100,125.67 | | | |
| Total 3rd Quarter | $ 5,197,731.95 | $ 13,000.00 | 60392 | 10/16/2015 |
| | | | | |
| October | $ 1,678,563.33 | | | |
| November | $ 454,301.52 | | | |
| December | $ 287,419.68 | | | |
| Total 4th Quarter | $ 2,420,284.53 | $ 9,750.00 | 60435 | 1/18/2016 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

In re:                                              )
                                                    )
MISSISSIPPI PHOSPHATES                              )
    CORPORATION, *et al.*[1]                      )          CASE NO. 14-51667-KMS
                                                    )          Chapter 11
                                                    )
    Debtors                                      )          Jointly Administered
_____             )

## NARRATIVE STATEMENT

For Period December 1, 2015 to December 31, 2015

> Please provide a brief description of the significant business and legal action by the debtor, its creditors, or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.[2]

Mississippi Phosphates Corporation, *et al.*, the Debtors and debtors-in-possession herein (the "***Debtors***"), filed their Bankruptcy Cases on October 27, 2014 (the "***Petition Date***"). The Debtors have continued to operate and manage their businesses pursuant to Bankruptcy Code §§ 1107(a) and 1108.

As noted in the November 2015 Monthly Operating Report, on October 16, 2015 (the "***Closing Date***"), the Debtors closed the Alternative Transactions by transferring to the MPC Environmental Trust and to the MPC Liquidation Trust substantially all of its real and personal property. As of that date, the MPC Environmental Trustee assumed the responsibility for the wastewater treatment and the gyp stacks maintenance, while the MPC Liquidation Trustee assumed the responsibility for the ammonia terminally operations of the Debtors. On November 3, 2015, the Debtors filed their *Notice of Closing of Sale of Assets to Environmental Trustee and Liquidation Trustee under Alternative Transaction* [Dkt. # 1070].

After the Closing Date, the Debtors' professionals continued to work with professionals for the MPC Environmental Trustee, the MPC Liquidation Trustee, and the Environmental

---

[1] The chapter 11 cases of the following affiliated Debtors have been administratively consolidated for joint administration pursuant to that certain *Order Granting Motion of the Debtor for Order Directing Joint Administration of Affiliated Cases Pursuant to Bankruptcy Rule 1015(b)*, dated October 29, 2014 [Dkt. # 62]: Mississippi Phosphates Corporation ("***MPC***"), Case No. 14-51667, Ammonia Tank Subsidiary, Inc. ("***ATS***"), Case No. 14-51668 and Sulfuric Acid Tanks Subsidiary, Inc. ("***SATS***"), Case No. 14-51671. These chapter 11 cases are sometimes referred to herein as the "***Bankruptcy Cases***." Consequently, this Narrative describes developments in all three Bankruptcy Cases.

[2] All references to Docket Numbers are to the Docket in the MPC case, which is the Lead Case.

Agencies with respect to various financing and budget issues related to the transfers of assets of the Debtors to those two Trusts to ensure a smooth and orderly transition, as well as with respect to numerous operational, transitional, and legal issues related to the transfer of the Debtors' real and personal property to the appropriate trust, including a survey of the subject property, easements and other real estate title issues, and reviewing environmental permits to allocate permits to the appropriate Trust for future operations.

The Debtors' professionals continued to review and analyze a possible claim related to the Mississippi Power Company refund for the Kemper Charges and continued discussions with affected parties regarding a possible consensual resolution of such claims.

The Debtors also continue to work with Assessment Technologies, Ltd. with respect to the valuation of assets previously owned by the Debtors which had been transferred to the MPC Environmental Trust and the MPC Liquidation Trust.

The Debtors' professionals continued their work on preparing a Chapter 11 plan and disclosure statement, including communications with counsel for the Committee related to that work.

The Debtors' professionals also coordinated with counsel for the Liquidation Trustee, the Environmental Trustee, the Environmental Agencies, and the Committee with respect to rights and coverages under various insurance policies. The Debtors' professionals also interacted with the Arthur J. Gallagher ("**Gallagher**"), the Debtors' insurance broker, with respect to the course of action with regard to handling of workers' compensation claims on a going forward basis. The Debtors' professionals also communicated with Gallagher, as well as counsel for the MPC Environmental Trustee, the Environmental Agencies, the MPC Liquidation Trustee, and the Committee with respect to claims under the current environmental insurance policy, as well as under prior policies, both for the Debtors and also for their predecessors in title.

On December 3, 2015, the Court entered its *Agreed Order Granting Third Interim Application for Compensation and Reimbursement of Expenses Submitted by Burr & Forman LLP, Attorneys for the Official Committee of Unsecured Creditors* [Dkt. # 1076].

On December 21, 2015, Butler Snow LLP filed its *Fourth Application of Butler Snow LLP for Interim Allowance of Administrative Claim for Compensation and Reimbursement of Expenses* [Dkt. # 1078].

On December 28, 2015, the Debtors filed their *Chapter 11 Monthly Operating Report for Filing Period October 2015* [Dkt. # 1080].

29346040

**Mississippi Phosphates Corporation**

| Date | Check No.-TO | Vendor | DESCRIPTION | | AMOUNT | |
|------|--------------|--------|-------------|--|--------|--|
| | | **Cash Disbursements Dec  2015** | | | | |
| 12/1/2015 | | iCloud | | | $ | (7,550.00) |
| 12/1/2015 | | MPC Liquidation Trust | | | $ | (175,950.00) |
| 12/1/2015 | | UNITED RENTALS | | | $ | (3,676.58) |
| 12/10/2015 | | BMC Group | | | $ | (17,435.00) |
| 12/11/2015 | | Client Service Fee | | | $ | (1,884.18) |
| 12/14/2015 | | JACKSON COUNTY PORT AUTHORITY | | | $ | (476.25) |
| 12/22/2015 | | Crawford and Company | | | $ | (947.40) |
| 12/22/2015 | | Jeffrey Bowman | | | $ | (400.00) |
| 12/22/2015 | | Brown, Mitchell & Alexander, Inc. | | | $ | (75,692.50) |
| 12/23/2015 | | payroll fees | | | $ | (2.14) |
| 12/28/2015 | | BMC Group | | | $ | (3,405.63) |

| | |
|--|--|
| **Grand Total** | **(287,419.68)** |
| | |
| **Tax Account** | |
| **petty cash** | - |
| **Employee benefit account** | - |
| **Plant Managers Account** | - |
| **Total disbursements** | **(287,419.68)** |

MPC Cash Disbursments 2D pg 4

## Mississippi Phosphates Corporation

| Cash Receipts Dec 2015 | | | |
|---|---|---|---|
| **Date** | **Request** | **Description** | **Receipts** |
| 12/1/2015 | AJ Gallagher | Refund Insurance | $ 175,950.00 |
| 12/31/2015 | Wealth management operations | | $ 764,273.00 |

| | |
|---|---|
| **Grand total** | **$940,223.00** |
| **Tax accounts** | 0.00 |
| **petty cash** | - |
| **Employee benefit account** | - |
| **Plant Managers Account** | |
| **MPC DIP Account** | |
| | **$940,223.00** |

MPC Cash Receipts 2D page 3

**Phosphate Holdings Inc.**
**Phosphate Holdings Inc. : Mississippi Phosphates Corporation**
### Custom A/P Aging Summary
### As of Dec, 2015

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| BROCK SERVICES, LTD | 0.00 | 0.00 | 0.00 | 0.00 | 3,490.56 | 3,490.56 |
| JACKSON COUNTY PORT AUTHORITY | 0.00 | 0.00 | -691.94 | 0.00 | 0.00 | -691.94 |
| JOE TUCKER, TAX COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 | 149,682.69 | 149,682.69 |
| PASCAGOULA UTILITIES | 0.00 | 0.00 | 0.00 | 2,017.78 | 0.00 | 2,017.78 |
| U.S. Trustee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNITED RENTALS | 0.00 | 3,676.58 | 0.00 | 0.00 | 0.00 | 3,676.58 |
| USA BLUE BOOK | 0.00 | 0.00 | 534.17 | 0.00 | 0.00 | 534.17 |
| | **0.00** | **3,676.58** | **-157.77** | **2,017.78** | **153,173.25** | **158,709.84** |

MPC AP Aging 2E page 1

**Mississippi Phosphates Corporation**
**Customer A/R Aging Summary 2**
**As of Dec  31, 2015**

**Filters: Amount Due (not equal to From: 0.0 ), Name (equal to A/R - Trade )**

| Customer:Work Order | Current Open Balance | 12/17/2014 - 1/15/2015 (30) Open Balance | 11/17/2014 - 12/16/2014 (60) Open Balance | 10/18/2014 - 11/16/2014 (90) Open Balance | Before 10/18/2014 (>90) Open Balance | Total Open Balance |
|---|---|---|---|---|---|---|
| Debruce Fertilizer, INC | $0.00 | $0.00 | $0.00 | $0.00 | ($5,357.17) | ($5,357.17) |
| Growmark, Inc | $0.00 | $0.00 | $0.00 | $0.00 | ($33,709.19) | ($33,709.19) |
| Stuart Farm Center | $0.00 | $0.00 | $0.00 | $0.00 | $559.20 | $559.20 |
| Ammonia Tanks Subsidiary | $0.00 | $0.00 | $0.00 | $0.00 | $1,137,392.00 | $1,137,392.00 |
| **Total** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,098,884.84** | **$1,098,884.84** |
| | | | | | | |
| **Inter-Oceanic Corp.** | | | | | **$0.00** | **$0.00** |
| | | | | | | |
| Less Reserve for Doubtful Accounts | | | | | ($1,098,884.84) | ($1,098,884.84) |
| | | | | | | |
| Net AR Outstanding | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# Mississippi Phosphates Corporation
# As of Dec 31, 2015
Insurance Schedule

| Type | Carrier / Agent | Coverage | Date of Expiration | Premium Paid | |
|------|-----------------|----------|--------------------|--------------|---|
| Workers Compensation | New Hampshire Ins. (AIG) | Statutory + 1M employer | 22-Dec-15 | 237,686 | |
| General Liability | National Union (AIG) | 1,000,000 | 22-Dec-15 | 26,528 | |
| Property (Fire, Theft) | | | | | |
| Vehicle | Granite State Insurance Co. (AIG) | 2,000,000 | 22-Dec-15 | 32,074 | |
| Other | | | | | |
| | | | | | |
| Other: | | | | | |
| Foreign Liability | ACE | 1,000,000 | 22-Dec-15 | 2,500 | |
| Marine Liability | Travelers Group | 5,000,000 | 22-Dec-15 | 12,500 | |
| Hull / P&I | Travelers Group | 1,037,500 | 22-Dec-15 | 5,720 | |
| Umbrella Liability | National Union (AIG) | 25,000,000 | 22-Dec-15 | 188,346 | |
| Environmental | AIG | 10,000,000 | 22-Dec-15 | 357,158 | |
| Fiduciary | XL Specialty Insurance Company | 5,000,000 | 23-Dec-15 | 25,000 | |
| Emp. Practices Liab. | XL Specialty Insurance Company | 5,000,000 | 23-Dec-15 | 75,000 | |
| Crime | U.S. Specialty Ins. Co. | 1,000,000 | 22-Mar-16 | 4,342 | |
| Director and Officer | Endurance American Insurance Compar | 10,000,000 | 31-Oct-15 | 14,900 | (A) |
| Kidnap & Ransom | Federal Insurance Company (Chubb) | 5,000,000 | 22-Dec-16 | 5,250 | |

Note:  Insurance is purchased by MPC for the consolidated group without segregation between the individual operations.  The amounts above reflect the insurance in place for the entire group till expiration of the particular policy.  Additionally, we increased the collateral on the workers compensation insurance from $1,500 thousand to $1,850 thousand at the time of the renewal in December 2014.

(A)  In September 2015, the company obtained a one month coverage for D&O as noted above to cover the period from Oct. 1 to October 31, 2015.

# WellsOne® Account

Account number: **4202608733** ■ December 1, 2015 - December 31, 2015 ■ Page 1 of 2



**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 53020
San Francisco, CA 94163

MISSISSIPPI PHOSPHATES CORPORATION
DEBTOR-IN-POSSESSION
CASE NO. 14-51667-KMS
601 INDUSTRIAL RD
PASCAGOULA MS 39581-3233

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 4202608733 | $447,262.22 | $940,223.00 | -$287,419.68 | $1,100,065.54 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/01 | 175,950.00 | Edeposit IN Branch/Store 12/01/15 09:06:25 Am 1114 Jackson Ave Pascagoula MS 8733 |
| | 12/31 | 764,273.00 | WT Fed#00760 Regions Bank /Org=Wealth Management Operations Srf# 2015123100002614 Trn#151231051319 Rfb# 0000443338 |
| | | $940,223.00 | Total electronic deposits/bank credits |
| | | $940,223.00 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/01 | 175,950.00 | WT Seq101342 Mpc Liquidation Trust /Bnf=Mpc Liquidation Trust Srf# IN15120109254953 Trn#151201101342 Rfb# 000002420 |
| | 12/01 | 7,550.00 | WT Fed#04698 Royal Bank of Cana /Ftr/Bnf=Icloud Authority Srf# IN15120110152660 Trn#151201142228 Rfb# 000002421 |
| | 12/11 | 1,884.18 | Client Analysis Srvc Chrg 151210 Svc Chge 1115 000004202608733 |
| | 12/22 | 947.40 | C & C Sisdat-Aeg DTC 16065 Crawford & Company |
| | 12/23 | 2.14 | Intuit Payrollee 151222 2041448 Mississippi Phosphates |
| | | $186,333.72 | Total electronic debits/bank debits |

Account number: **4202608733** ■ December 1, 2015 - December 31, 2015 ■ Page 2 of 2



### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 60426 | 1,643.74 | 12/01 | 60429 * | 23,593.52 | 12/17 | 60432 * | 75,692.50 | 12/30 |
| 60427 | 156.20 | 12/09 | | | | | | |
| | $101,085.96 | | **Total checks paid** | | | | | |

* Gap in check sequence.

| | $287,419.68 | Total debits |
|---|---|---|

**Daily ledger balance summary**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/30 | 447,262.22 | 12/11 | 436,028.10 | 12/23 | 411,485.04 |
| 12/01 | 438,068.48 | 12/17 | 412,434.58 | 12/30 | 335,792.54 |
| 12/09 | 437,912.28 | 12/22 | 411,487.18 | 12/31 | 1,100,065.54 |

**Average daily ledger balance**    $444,724.33

# WellsOne® Account

Account number: **4128195625**  ■  December 1, 2015 - December 31, 2015  ■  Page 1 of 1



MISSISSIPPI PHOSPHATES CORPORATION
DEBTOR-IN-POSSESSION TAX ACCOUNT
CASE NO. 14-51667-KMS
601 INDUSTRIAL RD
PASCAGOULA MS 39581-3233

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online: wellsfargo.com*

*Write:*  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

# Account summary

## WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|----------------|-------------------|---------------|--------------|----------------|
| 4128195625 | $92,515.51 | $0.00 | $0.00 | $92,515.51 |

**Daily ledger balance summary**

| Date | Balance |
|------|---------|
| 11/30 | 92,515.51 |

**Average daily ledger balance**     **$92,515.51**