**Exhibit "A-1"**

*Invoice for December 1- 31, 2015*

30693543



Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

Robert Kerley
Mississippi Phosphates Corporation
P.O. Box 848
Pascagoula, MS 39568-0848

January 13, 2016
Statement: 10106926
Matter: 027376.149010
Billing Attorney: Steve Rosenblatt

Due Date: January 28, 2016

## STATEMENT SUMMARY
For Services Rendered Through December 31, 2015

**Client:** Mississippi Phosphates Corporation
**Matter:** Chapter 11 for Mississippi Phosphates Corporation and Subsidiaries

| | |
|---|---|
| **TOTAL FEES FOR CURRENT BILLING PERIOD** | **$24,209.00** |
| **TOTAL COSTS FOR CURRENT BILLING PERIOD** | **$18.85** |
| **TOTAL CURRENT BILLING FOR THIS MATTER** | **$24,227.85** |

Tax I.D. 64-0331849



Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

Robert  Kerley
Mississippi Phosphates Corporation
P.O. Box 848
Pascagoula, MS  39568-0848

January 13, 2016
Statement: 10106926
Matter: 027376.149010
Billing Attorney: Steve Rosenblatt

Due Date: January 28, 2016

## STATEMENT

For Services Rendered Through December 31, 2015

**Client:** Mississippi Phosphates Corporation

**Matter:** Chapter 11 for Mississippi Phosphates Corporation and Subsidiaries

**PROFESSIONAL FEES**

| DATE | | DESCRIPTION | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----|-------------|-------|------|----------|--------|
| 12/01/15 | SWR | Correspondence with Chris Brokmeier regarding October monthly operating report | 0.20 | B110 | A106 | 95.00 |
| 12/02/15 | CHM | Review memorandum to management regarding aspects of liquidation trust APA and impact on debtors' financial statements | 0.30 | B130 | A104 | 108.00 |
| 12/02/15 | CHM | Correspondence with Gallagher regarding insurance for the debtors | 0.30 | B210 | A108 | 108.00 |
| 12/02/15 | SWR | Work on treatment of claims under chapter 11 plan | 1.30 | B320 | A103 | 617.50 |
| 12/02/15 | SWR | Correspondence with Chris Brokmeier regarding D&O tail policy | 0.30 | B120 | A106 | 142.50 |
| 12/02/15 | SWR | Telephone conference with Jon Nash regarding Mississippi Power refund for Kemper charges | 0.30 | B120 | A106 | 142.50 |
| 12/02/15 | SWR | Telephone conference with Chris Brokmeier regarding assumed tax liabilities and purchase price paid by Liquidation | 0.20 | B130 | A106 | 95.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Trustee | | | | | |
| 12/02/15 | SWR | Correspondence with Chris Brokmeier regarding effect of assumed tax liabilities on purchase price paid by Liquidation Trustee in credit bid | 0.50 | B130 | A106 | | 237.50 |
| 12/02/15 | SWR | Correspondence with counsel for Committee regarding conference call with Gallagher regarding insurance policies | 0.20 | B120 | A107 | | 95.00 |
| 12/02/15 | SWR | Correspondence with Paul Delcambre and Jon Nash regarding conference call to discuss Mississippi Power refund for Kemper charges | 0.40 | B120 | A107 | | 190.00 |
| 12/02/15 | SWR | Correspondence with Lisa Cherup of EPA regarding current AIG environmental insurance policy | 0.20 | B120 | A107 | | 95.00 |
| 12/02/15 | SWR | Telephone conference with Paul Delcambre regarding Mississippi Power refund for Kemper charges | 0.30 | B120 | A107 | | 142.50 |
| 12/02/15 | SWR | Correspondence with Lisa Cherub and Ken Long regarding conference call with Gallagher to discuss insurance policies | 0.30 | B120 | A107 | | 142.50 |
| 12/02/15 | SWR | Correspondence with Karl Steinberger and Linda Zwicker regarding workers compensation insurance issues during winddown | 0.40 | B210 | A107 | | 190.00 |
| 12/02/15 | SWR | Correspondence with Gallagher regarding requested conference call with DOJ and EPA and | 0.30 | B120 | A108 | | 142.50 |

| | | other parties regarding insurance policies | | | | |
|---|---|---|---|---|---|---|
| 12/02/15 | SWR | Correspondence with George Hansen regarding conference call with Gallagher regarding insurance policies | 0.20 | B120 | A108 | 95.00 |
| 12/02/15 | VGJ | Work on documents in the Data Room which are causing downloading problems; work with Firmex re same | 1.20 | B110 | A110 | 192.00 |
| 12/03/15 | CHM | Review/analyze materials and correspondence related to Mississippi Power Kemper Refund Plan approved by Mississippi Public Service Commission | 0.60 | B120 | A104 | 216.00 |
| 12/03/15 | CHM | Review correspondence with committee counsel and related materials regarding D&O insurance coverage and 6-year tail coverage with respect to same | 0.40 | B210 | A104 | 144.00 |
| 12/03/15 | CHM | Prepare for and participate in conference call with management regarding return of money to the debtors by Mississippi Power and course of action with respect to same | 0.40 | B120 | A106 | 144.00 |
| 12/03/15 | CHM | Prepare for and participate in conference call with Mississippi Power representative, counsel to Mississippi Power and management regarding return of money to the debtors by Mississippi Power | 0.60 | B120 | A107 | 216.00 |
| 12/03/15 | CHM | Telephone conference with Ben Smith with Brown & Mitchell | 0.30 | B130 | A108 | 108.00 |

| Date | Initials | Description | Hours | Task | Activity | Amount |
|------|----------|-------------|-------|------|----------|--------|
| | | Engineering regarding status of survey | | | | |
| 12/03/15 | JMC | Correspondence with Robert Kerley concerning McCain Engineering litigation. | 0.10 | B190 | A106 | 19.00 |
| 12/03/15 | SWR | Research on MPSC orders regarding offsets by Mississippi Power | 0.50 | B120 | A102 | 237.50 |
| 12/03/15 | SWR | Correspondence with CRO regarding position of Mississippi Power regarding Kemper refunds | 0.40 | B120 | A106 | 190.00 |
| 12/03/15 | SWR | Correspondence with CRO regarding conference call with Gallagher and EPA and MDEQ regarding environmental insurance policies | 0.20 | B120 | A106 | 95.00 |
| 12/03/15 | SWR | Correspondence with CRO and Robert Kerley regarding D&O insurance and tail insurance | 0.60 | B120 | A106 | 285.00 |
| 12/03/15 | SWR | Conference call with CRO, Mississippi Power, and counsel regarding Kemper refund issue | 0.60 | B120 | A106 | 285.00 |
| 12/03/15 | SWR | Correspondence with Lisa Cherup of DOJ regarding conference call with Gallagher to discuss environmental policies | 0.30 | B120 | A107 | 142.50 |
| 12/03/15 | SWR | Correspondence with counsel for Committee regarding D&O insurance and tail policy | 0.30 | B120 | A107 | 142.50 |
| 12/03/15 | SWR | Correspondence with Linda Zwicker of Gallagher regarding conference call to discuss environmental insurance policies | 0.30 | B120 | A108 | 142.50 |
| 12/04/15 | CHM | Review memorandum to | 0.40 | B120 | A104 | 144.00 |

| Date | Atty | Description | Hours | Task | Activity | Amount |
|---|---|---|---|---|---|---|
| | | management and related materials regarding position of liquidation trust with respect to return of money from Mississippi Power | | | | |
| 12/04/15 | CHM | Review correspondence and materials from Brown & Mitchell Engineering regarding status of survey | 0.30 | B130 | A104 | 108.00 |
| 12/04/15 | CHM | Correspondence with management regarding correspondence and materials from Brown & Mitchell Engineering concerning status of survey | 0.40 | B130 | A106 | 144.00 |
| 12/04/15 | CHM | Correspondence from USDOJ regarding MPC Insurance | 0.20 | B150 | A108 | 72.00 |
| 12/04/15 | MDC | Research data files for asbestos reports for Liquidation Trustee | 0.90 | P230 | A110 | 324.00 |
| 12/04/15 | SWR | Correspondence with Velvet Johnson regarding October monthly operating report | 0.20 | B110 | A105 | 95.00 |
| 12/04/15 | SWR | Telephone conference and correspondence with counsel for Liquidation Trustee regarding conference call with Gallagher regarding environmental insurance | 0.40 | B120 | A107 | 190.00 |
| 12/04/15 | SWR | Correspondence with Lisa Cherup of DOJ and CRO regarding rescheduling of conference call with Gallagher | 0.30 | B120 | A107 | 142.50 |
| 12/06/15 | JMC | Research regarding treatment and classification of tort claims under Mississippi | 0.90 | B130 | A102 | 171.00 |

| | | law. | | | | |
|---|---|---|---|---|---|---|
| 12/06/15 | JMC | Correspondence with Steve Rosenblatt and Chris Maddux regarding treatment and classification of tort claims under Mississippi law. | 0.40 | B130 | A105 | 76.00 |
| 12/06/15 | SWR | Correspondence with Mitch Carrington regarding analysis of claims to Mississippi Power refund for Kemper charges | 0.30 | B120 | A105 | 142.50 |
| 12/06/15 | SWR | Correspondence with counsel for Liquidation Trustee regarding BP claim and Mississippi Power refund | 0.40 | B120 | A107 | 190.00 |
| 12/06/15 | SWR | Correspondence with Slate Dabney and CRO regarding conference call with Joe Rice regarding status of BP claim | 0.30 | B120 | A107 | 142.50 |
| 12/07/15 | CHM | Review correspondence with committee counsel and management regarding information request with respect to D&O policy | 0.30 | B110 | A104 | 108.00 |
| 12/07/15 | CHM | Prepare for and participate in conference call with representatives of environmental trust, liquidation trust, DOJ, committee, Gallagher and management regarding environmental insurance matters | 0.90 | B110 | A107 | 324.00 |
| 12/07/15 | CHM | Correspondence regarding request by counsel to liquidation trust for status update on protective BP claim | 0.20 | B110 | A107 | 72.00 |
| 12/07/15 | JMC | Review and analyze | 0.60 | B130 | A104 | 114.00 |

| | | pledge and security agreement and APA in connection with classification of certain claims under Mississippi law. | | | | |
|---|---|---|---|---|---|---|
| 12/07/15 | MDC | Call with EPA and DOJ regarding insurance issues | 1.10 | P230 | A107 | 396.00 |
| 12/07/15 | SWR | Review pre-petition security documents and DIP loan documents regarding security interest granted; review sale order regarding description of purchased assets | 0.90 | B120 | A104 | 427.50 |
| 12/07/15 | SWR | Correspondence with counsel for Committee regarding request for information on MPC D&O insurance coverage and six-year tail | 0.30 | B120 | A107 | 142.50 |
| 12/07/15 | SWR | Correspondence with counsel for Liquidation Trustee regarding conference call to discuss BP claim | 0.20 | B120 | A107 | 95.00 |
| 12/07/15 | SWR | Extended conference call with Gallagher, EPA and MDEQ, counsel for Committee, counsel for Liquidation Trustee, and CRO regarding environmental insurance policies | 0.90 | B120 | A107 | 427.50 |
| 12/07/15 | SWR | Correspondence with counsel for various parties regarding conference call with Joe Rice regarding BP claim | 0.30 | B120 | A107 | 142.50 |
| 12/07/15 | SWR | Correspondence with Robert Kerley and CRO regarding status report on litigation | 0.20 | B110 | A108 | 95.00 |
| 12/07/15 | SWR | Correspondence with | 0.20 | B120 | A108 | 95.00 |

| Date | Initials | Description | Hours | | | Amount |
|------|----------|-------------|-------|---|---|--------|
| | | Basil Argerson and others regarding conference call regarding insurance | | | | |
| 12/08/15 | CHM | Research regarding arguments concerning disposition of Kemper refunds | 0.50 | B120 | A102 | 180.00 |
| 12/08/15 | CHM | Review/analyze authorities tendered by counsel to liquidation trustee regarding disposition of Kemper refunds | 0.70 | B120 | A104 | 252.00 |
| 12/08/15 | CHM | Review proposed scheduling order with respect to motion in limine | 0.20 | B430 | A104 | 72.00 |
| 12/08/15 | CHM | Review and correspondence with management regarding draft motion for turnover of Kemper Refunds | 0.40 | B120 | A106 | 144.00 |
| 12/08/15 | CHM | Correspondence with counsel to Merchants regarding proposed scheduling order with respect to motion in limine | 0.20 | B430 | A107 | 72.00 |
| 12/08/15 | SWR | Review law journal article on constitutional tort and additional research regarding same | 0.80 | B120 | A102 | 380.00 |
| 12/08/15 | SWR | Additional research on recoupment issue | 0.40 | B120 | A102 | 190.00 |
| 12/08/15 | SWR | Review case on scope of free and clear sale order | 0.30 | B120 | A104 | 142.50 |
| 12/08/15 | SWR | Correspondence and conference with Thomas Hewitt regarding notices to notice parties | 0.20 | B110 | A105 | 95.00 |
| 12/08/15 | SWR | Conference call with CRO regarding Kemper refunds and other matters | 0.40 | B120 | A106 | 190.00 |
| 12/08/15 | SWR | Correspondence with CRO regarding | 0.30 | B120 | A106 | 142.50 |

| | | conference call with Joe Rice regarding status report on BP claim and course of action | | | | |
|---|---|---|---|---|---|---|
| 12/08/15 | SWR | Correspondence with CRO regarding motion for turnover of funds | 0.30 | B120 | A106 | 142.50 |
| 12/08/15 | SWR | Correspondence with counsel for Liquidation Trustee regarding authorities cited | 0.30 | B120 | A107 | 142.50 |
| 12/08/15 | TMH | Work on fourth fee application of Butler Snow | 2.90 | B160 | A103 | 536.50 |
| 12/09/15 | CHM | Review documents and materials related to plan formulation and structure | 0.90 | B320 | A104 | 324.00 |
| 12/09/15 | SWR | Correspondence with notice parties regarding statement for November fees and expenses | 0.30 | B110 | A107 | 142.50 |
| 12/09/15 | TMH | Work on fourth fee application of Butler Snow | 1.80 | B160 | A103 | 333.00 |
| 12/09/15 | TMH | Correspondence with accounting for blended rates for fourth fee application | 0.10 | B160 | A105 | 18.50 |
| 12/10/15 | CHM | Telephone conference with management regarding pending matters in cases | 0.30 | B110 | A106 | 108.00 |
| 12/10/15 | CHM | Correspondence with counsel to liquidation trust regarding various matters | 0.30 | B110 | A107 | 108.00 |
| 12/10/15 | CHM | Conference call with counsel to PHI and management regarding protective BP claim | 0.40 | B110 | A107 | 144.00 |
| 12/10/15 | SWR | Correspondence with CRO and Chris Maddux regarding conference call with Liquidation Trustee regarding BP claim | 0.30 | B120 | A106 | 142.50 |

| 12/10/15 | SWR | Correspondence with counsel for Liquidation Trustee regarding conference call regarding BP claim | 0.20 | B120 | A107 | 95.00 |
|---|---|---|---|---|---|---|
| 12/11/15 | SWR | Internal communication regarding BP claim | 0.20 | B120 | A105 | 95.00 |
| 12/11/15 | SWR | Correspondence with CRO and Slate Dabney regarding status report on protective BP claim | 0.20 | B120 | A106 | 95.00 |
| 12/11/15 | VGJ | Office conference with C. Maddux re emails re Protective BP Claim | 0.20 | B110 | A105 | 32.00 |
| 12/11/15 | VGJ | Search system for C. Maddux for emails re Protective BP Claim | 0.80 | B110 | A110 | 128.00 |
| 12/12/15 | SWR | Correspondence with Paul Delcambre regarding Kemper refund dispute | 0.20 | B120 | A107 | 95.00 |
| 12/14/15 | CHM | Review correspondence with management and liquidation trustee regarding ad valorem taxes | 0.20 | B240 | A104 | 72.00 |
| 12/14/15 | CHM | Prepare for and participate in conference call with Joe Rice and others regarding status of protective BP claim | 0.60 | B110 | A107 | 216.00 |
| 12/14/15 | CHM | Correspondence with counsel to Mississippi Power regarding Kemper refunds and related pleadings | 0.20 | B120 | A107 | 72.00 |
| 12/14/15 | SWR | Correspondence with CRO regarding AT&T conference call charges | 0.20 | B110 | A106 | 95.00 |
| 12/14/15 | SWR | Correspondence with CRO and Liquidation Trustee regarding payment by Trammo for personal property ad valorem taxes for | 0.20 | B240 | A106 | 95.00 |

| Date | Initials | Description | Hours | Task | Activity | Amount |
|------|----------|-------------|-------|------|----------|--------|
| | | Trammo inventory | | | | |
| 12/15/15 | JMC | Work on drafting and revising the chapter 11 liquidation plan of the Debtors in preparation for filing same. | 3.00 | B320 | A103 | 570.00 |
| 12/17/15 | CHM | Correspondence with counsel to PHI regarding information request | 0.20 | B110 | A107 | 72.00 |
| 12/17/15 | JMC | Finalize Butler Snow's fee application in preparation for filing same. | 1.30 | B110 | A103 | 247.00 |
| 12/17/15 | SWR | Correspondence with Slate Dabney regarding access to data room for new PHI director | 0.20 | B110 | A107 | 95.00 |
| 12/18/15 | CHM | Correspondence with management regarding pending matters in the chapter 11 cases | 0.30 | B110 | A106 | 108.00 |
| 12/18/15 | CHM | Prepare for and participate in conference call with committee counsel regarding insurance policies and next steps with respect to Kemper refund | 0.40 | B120 | A107 | 144.00 |
| 12/18/15 | JMC | Correspondence with Slate Dabney regarding status of McCain Engineering matter. | 0.10 | B140 | A107 | 19.00 |
| 12/18/15 | SWR | Correspondence with CRO regarding conference call on Monday to discuss case administration issues | 0.20 | B110 | A106 | 95.00 |
| 12/18/15 | SWR | Correspondence with Slate Dabney regarding access to data room | 0.20 | B110 | A107 | 95.00 |
| 12/18/15 | TMH | Work on exhibits for fourth fee application | 0.30 | B160 | A103 | 55.50 |
| 12/18/15 | VGJ | Assemble exhibits and electronically file Fourth Fee Application of Butler | 0.90 | B110 | A111 | 144.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Snow with Court | | | | |
| 12/20/15 | SWR | Correspondence with CRO and Chris Maddux regarding conference call to discuss various matters | 0.20 | B110 | A106 | 95.00 |
| 12/21/15 | CHM | Review final review set of MPC survey | 0.40 | B130 | A104 | 144.00 |
| 12/21/15 | CHM | Correspondence with management regarding October monthly operating report | 0.20 | B110 | A106 | 72.00 |
| 12/21/15 | CHM | Prepare for and participate in conference call with management regarding pending case administrative matters | 0.60 | B110 | A106 | 216.00 |
| 12/21/15 | CHM | Correspondence with management regarding motion for turnover of Kemper refunds | 0.20 | B120 | A106 | 72.00 |
| 12/21/15 | CHM | Correspondence with management regarding insurance matters related to D&O policy | 0.30 | B210 | A106 | 108.00 |
| 12/21/15 | JLG | Review four survey documents in preparation for Tuesday's conference call. | 0.50 | B250 | A104 | 167.50 |
| 12/21/15 | JLG | Address with counsel for Liquidation Trustee specific questions raised by surveys. | 0.80 | B250 | A108 | 268.00 |
| 12/21/15 | JLG | Email correspondence with Lisa Usry regarding survey issues | 0.20 | B250 | A108 | 67.00 |
| 12/21/15 | SWR | Correspondence with Velvet Johnson regarding filling of October monthly operating reports | 0.20 | B110 | A105 | 95.00 |
| 12/21/15 | SWR | Correspondence with Chris Brokmeier regarding update on various matters | 0.30 | B110 | A106 | 142.50 |
| 12/21/15 | SWR | Conference call with | 0.50 | B110 | A106 | 237.50 |

BUTLER|SNOW

| | | Chris Brokmeier regarding update on various matters and case administration | | | | |
|---|---|---|---|---|---|---|
| 12/21/15 | SWR | Correspondence with Chris Brokmeier regarding financials for October monthly operating reports | 0.20 | B110 | A106 | 95.00 |
| 12/21/15 | SWR | Conference call with counsel for Committee regarding developments in case and course of action | 0.30 | B110 | A107 | 142.50 |
| 12/21/15 | SWR | Correspondence with John Lammert regarding assumption and assignment of agreement with Assessment Technologies, Ltd. | 0.50 | B120 | A108 | 237.50 |
| 12/21/15 | VGJ | Email correspondence with BMC Group re mailing of 21 Day Notice to parties listed on Shortened Service List | 0.20 | B110 | A108 | 32.00 |
| 12/21/15 | VGJ | Review of ECF Notices and calendar dates for attorneys | 0.20 | B110 | A110 | 32.00 |
| 12/21/15 | VGJ | Prepare 21 Day Notice of Fourth Fee App of Butler Snow and electronically file with the Court | 0.60 | B110 | A111 | 96.00 |
| 12/22/15 | CHM | Correspondence with management regarding post-closing matters | 0.20 | B130 | A106 | 72.00 |
| 12/22/15 | CHM | Correspondence with counsel to Liquidation Trustee regarding status of survey | 0.30 | B130 | A107 | 108.00 |
| 12/22/15 | JLG | Review and analyze surveys and prior commitment to identify existing and new exceptions. | 1.90 | B250 | A104 | 636.50 |
| 12/22/15 | JLG | Review prior title reports | 0.50 | B250 | A104 | 167.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | regarding exceptions | | | | | |
| 12/22/15 | JLG | Email correspondence with surveyor regarding pending issues | 0.20 | B250 | A108 | | 67.00 |
| 12/22/15 | SWR | Correspondence with Accounting Department regarding requested electronic billing information for Fourth Fee Period | 0.30 | B160 | A105 | | 142.50 |
| 12/22/15 | SWR | Correspondence and telephone conference with CRO regarding administrative matters, including payment to surveyor and status of Kemper Refunds | 0.40 | B110 | A106 | | 190.00 |
| 12/22/15 | SWR | Correspondence with CRO and Gallagher regarding insurance issue | 0.20 | B210 | A106 | | 95.00 |
| 12/22/15 | SWR | Correspondence with Lisa Usry regarding surveyor payment and conference call | 0.20 | B110 | A107 | | 95.00 |
| 12/22/15 | SWR | Telephone conference and correspondence with counsel for Committee regarding status report on various matters | 0.30 | B110 | A107 | | 142.50 |
| 12/22/15 | SWR | Correspondence and telephone conference with counsel for Liquidation Trustee regarding status report on various matters | 0.20 | B110 | A107 | | 95.00 |
| 12/22/15 | SWR | Correspondence with Chris Steiskal regarding requested electronic information and budget and staffing plans | 0.40 | B160 | A107 | | 190.00 |
| 12/23/15 | CHM | Review/analyze correspondence and relevant materials concerning completion of survey | 0.50 | B130 | A104 | | 180.00 |

| 12/23/15 | JLG | Compare legal description to survey and formulate questions to surveyor | 0.80 | B250 | A104 | 268.00 |
|---|---|---|---|---|---|---|
| 12/23/15 | JLG | Conference call with counsel for interested parties (Liquidation Trustee, Surveyor, Allen Engineering, and CRO). | 0.80 | B250 | A107 | 268.00 |
| 12/23/15 | SWR | Correspondence with Chris Brokmeier regarding conference call with counsel for Liquidation Trustee and surveyor | 0.30 | B130 | A106 | 142.50 |
| 12/23/15 | SWR | Correspondence with CRO and Gallagher regarding liability policy | 0.40 | B210 | A106 | 190.00 |
| 12/23/15 | SWR | Correspondence with counsel for Liquidation Trustee regarding survey issues and conference call | 0.30 | B130 | A107 | 142.50 |
| 12/23/15 | SWR | Extended conference call with counsel for Liquidation Trustee, Liquidation Trustee, surveyor, and other interested parties regarding survey and related matters | 0.80 | B130 | A107 | 380.00 |
| 12/23/15 | SWR | Correspondence with counsel for Liquidation Trustee regarding legal descriptions for property | 0.30 | B130 | A107 | 142.50 |
| 12/23/15 | SWR | Correspondence with counsel for Liquidation Trustee regarding cost of survey | 0.20 | B130 | A107 | 95.00 |
| 12/28/15 | RMF | Review & begin drafting reply to letter of Kathleen Munroe from XL Specialty regarding McCain claim. | 0.30 | L120 | A103 | 105.00 |
| 12/28/15 | SWR | Internal communication regarding certification to | 0.20 | B110 | A105 | 95.00 |

|  |  | CRO |  |  |  |  |
|---|---|---|---|---|---|---|
| 12/28/15 | SWR | Internal communications regarding response of XL Specialty to notice of claim of McCain Engineering | 0.30 | B120 | A105 | 142.50 |
| 12/28/15 | SWR | Correspondence with CRO regarding certification | 0.20 | B110 | A106 | 95.00 |
| 12/28/15 | SWR | Correspondence with Slate Dabney regarding information requested by XL Specialty regarding McCain Engineering claim | 0.30 | B120 | A107 | 142.50 |
| 12/28/15 | TMH | Work on CRO Certification for disbursement of fees, and alternate certification for Assistant CRO | 0.60 | B160 | A103 | 111.00 |
| 12/28/15 | VGJ | Add additional user to Data Room and retrieve various insurance policies for C. Maddux | 0.50 | B110 | A110 | 80.00 |
| 12/28/15 | VGJ | Compile Monthly Operating Agreements for MPC, ATS and SATS and electronically file same with Court | 0.80 | B110 | A111 | 128.00 |
| 12/28/15 | VGJ | Finalize Certificate of Service from BMC re Notice of Fourth Fee Application of Butler Snow and electronically file same with Court | 0.30 | B110 | A111 | 48.00 |
| 12/29/15 | SWR | Telephone conference with Slate Dabney regarding correspondence with XL Specialty regarding Kerley claim | 0.30 | B120 | A107 | 142.50 |
| 12/29/15 | TMH | Correspondence with C. Brokmeier for disbursement request | 0.20 | B160 | A106 | 37.00 |
| 12/30/15 | SWR | Correspondence with Mitch Carrington | 0.20 | B140 | A105 | 95.00 |

BUTLER|SNOW

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | regarding update to Robert Kerley and others regarding McCain litigation |  |  |  |  |
| 12/30/15 | TMH | Correspondence with Trustmark for disbursement request | 0.20 | B160 | A108 | 37.00 |
| 12/31/15 | SWR | Work on narrative for November monthly operating report | 0.70 | B110 | A103 | 332.50 |
| 12/31/15 | SWR | Correspondence with CRO regarding financials and narrative for November monthly operating report | 0.30 | B110 | A106 | 142.50 |
| 12/31/15 | VGJ | Email correspondence with S. Rosenblatt re November MOR | 0.20 | B110 | A105 | 32.00 |

**Sub-total of Fees:**   24,209.00

**Rate Summary**

| | | | |
|---|---|---|---|
| Bob Frey | 0.30 | hours at | $350.00/hr | 105.00 |
| Chris Maddux | 14.10 | hours at | $360.00/hr | 5,076.00 |
| John Galloway | 5.70 | hours at | $335.00/hr | 1,909.50 |
| Michael Caples | 2.00 | hours at | $360.00/hr | 720.00 |
| Mitch Carrington | 6.40 | hours at | $190.00/hr | 1,216.00 |
| Steve Rosenblatt | 27.60 | hours at | $475.00/hr | 13,110.00 |
| Thomas Hewitt | 6.10 | hours at | $185.00/hr | 1,128.50 |
| Velvet Johnson | 5.90 | hours at | $160.00/hr | 944.00 |
| **Subtotal:** | **68.10** | | | **24,209.00** |

EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03/15 | IMAGE | 0.10 |
| 12/03/15 | Conference Call – Soundpath/Level 3 | 3.13 |
| 12/08/15 | Conference Call – Soundpath/Level 3 | 1.70 |
| 12/21/15 | FedEx Shipping – 642294367033 | 11.92 |
| 12/31/15 | Pacer Expense – Pacer Expense | 2.00 |
| | **Sub-total of Expenses:** | **18.85** |

BUTLER | SNOW

**TOTAL CURRENT BILLING FOR THIS MATTER**                              **$24,227.85**