**Exhibit "A-2"**

*Invoice for January 1 – 31, 2016*

30693543



Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

Robert Kerley                                            February 10, 2016
Mississippi Phosphates Corporation                       Statement: 10109900
P.O. Box 848                                             Matter: 027376.149010
Pascagoula, MS  39568-0848                               Billing Attorney: Steve Rosenblatt

                                                        Due Date: February 25, 2016

<u>**STATEMENT SUMMARY**</u>
For Services Rendered Through January 31, 2016

**Client:** Mississippi Phosphates Corporation
**Matter:** Chapter 11 for Mississippi Phosphates Corporation and Subsidiaries


**TOTAL FEES FOR CURRENT BILLING PERIOD**                          **$25,647.50**

**TOTAL COSTS FOR CURRENT BILLING PERIOD**                           **$227.53**

**TOTAL CURRENT BILLING FOR THIS MATTER**                         **$25,875.03**

Tax I.D. 64-0331849



Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

Robert  Kerley
Mississippi Phosphates Corporation
P.O. Box 848
Pascagoula, MS  39568-0848

February 10, 2016
Statement: 10109900
Matter: 027376.149010
Billing Attorney: Steve Rosenblatt

Due Date: February 25, 2016

<u>**STATEMENT**</u>
For Services Rendered Through January 31, 2016

**Client:** Mississippi Phosphates Corporation

**Matter:** Chapter 11 for Mississippi Phosphates Corporation and Subsidiaries

**PROFESSIONAL FEES**

| <u>DATE</u> | | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>TASK</u> | <u>ACTIVITY</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|---|
| 01/04/16 | CHM | Correspondence with management regarding issues related to Kemper refund and course of action with respect to same | 0.40 | B120 | A106 | 154.00 |
| 01/04/16 | CHM | Correspondence with counsel to liquidation trust, committee and Mississippi Power regarding issues related to Kemper refund and course of action with respect to same | 0.30 | B120 | A107 | 115.50 |
| 01/04/16 | JMC | Correspondence with Jon Nash, Chris Brokmeier, Robert Kerley and Randall Wieck regarding McCain Engineering matter. | 0.40 | B140 | A108 | 78.00 |
| 01/04/16 | SWR | Gather information to respond to request for information related to questions of United States Trustee about fee application | 0.30 | B160 | A104 | 147.00 |
| 01/04/16 | SWR | Correspondence with CRO regarding status | 0.30 | B120 | A106 | 147.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | report on Kemper refund issue and course of action |  |  |  |  |
| 01/04/16 | SWR | Correspondence with counsel for Liquidation Trustee, Committee, and Mississippi Power regarding language for turnover motion or complaint | 0.60 | B120 | A107 | 294.00 |
| 01/04/16 | SWR | Telephone conference with counsel for Committee regarding response of counsel for Liquidation Trustee regarding Mississippi Power refund for Kemper charges and course of action | 0.30 | B120 | A107 | 147.00 |
| 01/04/16 | SWR | Telephone conference with Paul Delcambre regarding response of counsel for Liquidation Trustee regarding litigation regarding Mississippi Power refund for Kemper charges | 0.30 | B120 | A107 | 147.00 |
| 01/04/16 | SWR | Telephone conferences with counsel for Liquidation Trustee regarding status of Kemper refund issue and course of action | 0.60 | B120 | A107 | 294.00 |
| 01/04/16 | SWR | Correspondence with counsel for Committee regarding Mississippi Power refund for Kemper charges | 0.30 | B120 | A107 | 147.00 |
| 01/04/16 | SWR | Correspondence with Chris Steiskal regarding response to questions regarding fourth fee | 0.20 | B160 | A107 | 98.00 |

# BUTLER | SNOW

application

| Date | Init. | Description | Hours | | | Amount |
|------|-------|-------------|-------|---|---|--------|
| | | application | | | | |
| 01/04/16 | SWR | Telephone conference and correspondence with Regions and CRO regarding reversal of wire erroneously sent to DIP account | 0.30 | B110 | A108 | 147.00 |
| 01/05/16 | CHM | Review/analyze complaint for declaratory judgment filed by liquidation trust with respect to Kemper refunds | 0.50 | B430 | A104 | 192.50 |
| 01/05/16 | CHM | Correspondence with management regarding complaint for declaratory judgment filed by liquidation trust | 0.20 | B430 | A106 | 77.00 |
| 01/05/16 | CHM | Correspondence with counsel to liquidation trust regarding Kemper refund issue | 0.20 | B120 | A107 | 77.00 |
| 01/05/16 | CHM | Correspondence from counsel to liquidation trust regarding complaint for declaratory judgment | 0.20 | B430 | A107 | 77.00 |
| 01/05/16 | JLG | Prepare new title commitment for transferred real property. | 2.00 | B250 | A103 | 670.00 |
| 01/05/16 | JLG | Review all exception documents and compare against new legal descriptions for applicability; review 1976 title opinions of others. | 3.50 | B250 | A104 | 1,172.50 |
| 01/05/16 | JMC | Call with attorney for Gregory McCloud regarding status of the bankruptcy cases and other related issues. | 0.20 | B140 | A107 | 39.00 |
| 01/05/16 | JPV | Conference with Steve | 0.30 | B240 | A105 | 132.00 |

# BUTLER | SNOW

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | Rosenblatt to discuss certain proposed assessments of Miss. tax liability as a result of an ongoing audit. |  |  |  |  |
| 01/05/16 | SWR | Review Complaint filed by Liquidation Trust regarding Mississippi Power refund for Kemper charges | 0.60 | B120 | A104 | 294.00 |
| 01/05/16 | SWR | Review amended and restated pledge and security agreement | 0.40 | B130 | A104 | 196.00 |
| 01/05/16 | SWR | Correspondence with Velvet Johnson and Michael Caples regarding access to data room for potential buyer | 0.20 | B130 | A105 | 98.00 |
| 01/05/16 | SWR | Correspondence with John Galloway regarding easements to be shown on survey | 0.20 | B130 | A105 | 98.00 |
| 01/05/16 | SWR | Correspondence with CRO regarding Complaint filed by Liquidation Trust against Mississippi Phosphates and Mississippi Power | 0.30 | B120 | A106 | 147.00 |
| 01/05/16 | SWR | Telephone conference and correspondence with counsel for Liquidation Trustee regarding NDA for access to data room | 0.30 | B110 | A107 | 147.00 |
| 01/05/16 | SWR | Correspondence with counsel for Committee and Mississippi Power regarding complaint filed by Liquidation Trustee regarding Kemper refund | 0.30 | B120 | A107 | 147.00 |
| 01/05/16 | SWR | Telephone conference and correspondence with counsel for Liquidation Trustee regarding Mississippi Power | 0.30 | B120 | A107 | 147.00 |

# BUTLER|SNOW

Mississippi Phosphates Corporation
February 10, 2016
10109900
Page:5

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Company refund issue | | | | |
| 01/05/16 | SWR | Correspondence with Liquidation Trustee and counsel for Liquidation Trustee regarding status of survey | 0.20 | B130 | A107 | 98.00 |
| 01/05/16 | SWR | Correspondence with Paul Delcambre regarding survey and Mississippi Power easement | 0.20 | B130 | A107 | 98.00 |
| 01/05/16 | SWR | Telephone conference with Ryan Papir of Trammo regarding status of plan and disclosure statement and payment of 503(b)(9) claims | 0.30 | B320 | A107 | 147.00 |
| 01/05/16 | SWR | Correspondence with Mark Otto of Brown, Mitchell & Alexander, Inc. regarding report on survey | 0.20 | B130 | A108 | 98.00 |
| 01/05/16 | SWR | Correspondence with Dan Summa of Gallagher regarding status report on McCain claim against Robert Kerley and Randall Wieck | 0.30 | B140 | A108 | 147.00 |
| 01/05/16 | VGJ | Email correspondence with C. Brokmeier re November 2015 Monthly Operating Reports | 0.20 | B110 | A106 | 33.00 |
| 01/05/16 | VGJ | Calendar dates from ECF Notices for attorneys | 0.20 | B110 | A110 | 33.00 |
| 01/06/16 | JLG | Review exception documents (bond indenture documents) not previously provided and consider issues raised by such documents | 1.80 | B250 | A104 | 603.00 |
| 01/06/16 | SWR | Work on plan - definitions; structure for Plan Trustee; reserved | 1.80 | B320 | A103 | 882.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and preserved claims; and treatment of priority claims | | | | |
| 01/06/16 | SWR | Correspondence with CRO and counsel for Committee regarding conference call to discuss complaint filed by Liquidation Trustee regarding Kemper refunds | 0.30 | B120 | A106 | 147.00 |
| 01/06/16 | SWR | Correspondence with CRO regarding aspects of chapter 11 Plan - structure for Plan Trustee and preserved and reserved claims | 0.30 | B320 | A106 | 147.00 |
| 01/06/16 | SWR | Correspondence with Craig Geno regarding treatment of ad valorem tax claim of Jackson County in Plan | 0.40 | B320 | A107 | 196.00 |
| 01/06/16 | SWR | Correspondence with Josephine Bournonville of Roullier regarding non-disclosure agreement | 0.30 | B110 | A108 | 147.00 |
| 01/06/16 | TMH | Review and analyze edits made to NDA from Responsible Development Fusions Acquisitions | 0.20 | B130 | A104 | 38.00 |
| 01/06/16 | TMH | Correspondence regarding NDA with Responsible Development Fusions Acquisitions | 0.20 | B130 | A108 | 38.00 |
| 01/07/16 | CHM | Review provisions of Mississippi Chemical chapter 11 plan regarding treatment of industrial revenue bonds | 0.40 | B310 | A104 | 154.00 |
| 01/07/16 | CHM | Office conference with S. Rosenblatt and correspondence with J. | 0.20 | B310 | A105 | 77.00 |

# BUTLER | SNOW

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Galloway regarding industrial revenue bonds | | | | |
| 01/07/16 | CHM | Prepare for and participate in conference calls with management regarding complaint for declaratory judgment filed by liquidation trust and chapter 11 plan | 1.10 | B110 | A106 | 423.50 |
| 01/07/16 | CHM | Prepare for and participate in conference call with counsel to the committee regarding complaint for declaratory judgment filed by liquidation trust and chapter 11 plan | 0.60 | B110 | A107 | 231.00 |
| 01/07/16 | CHM | Correspondence with counsel to the committee regarding chapter 11 plan | 0.20 | B320 | A107 | 77.00 |
| 01/07/16 | JLG | Email traffic with Steve Rosenblatt and others regarding bond indentures. | 0.20 | B250 | A105 | 67.00 |
| 01/07/16 | SWR | Correspondence with John Galloway regarding old bond financing by Mississippi Phosphates | 0.20 | B210 | A105 | 98.00 |
| 01/07/16 | SWR | Conference call with CRO regarding Complaint filed by Liquidation Trustee | 0.40 | B120 | A106 | 196.00 |
| 01/07/16 | SWR | Conference call with counsel for Committee regarding response to Complaint by Liquidation Trustee regarding Mississippi Power refund for Kemper charges | 0.50 | B120 | A107 | 245.00 |
| 01/07/16 | SWR | Correspondence with Chris Steiskal regarding clarification regarding various matters | 0.20 | B160 | A107 | 98.00 |

# BUTLER | SNOW

| 01/07/16 | SWR | Correspondence with Bess Creswell regarding time and expense records of Burr & Forman | 0.20 | B160 | A107 | 98.00 |
|---|---|---|---|---|---|---|
| 01/08/16 | JLG | Evaluate new potential exception documents produced by abstractor. | 0.90 | B250 | A104 | 301.50 |
| 01/08/16 | SWR | Correspondence with Thomas Hewitt regarding non-disclosure agreement and access to data room | 0.20 | B130 | A105 | 98.00 |
| 01/08/16 | SWR | Correspondence with Thomas Hewitt regarding preparation of order granting fourth application of Butler Snow | 0.00 | B160 | A105 | 0.00 |
| 01/08/16 | SWR | Correspondence with Craig Geno regarding treatment of Jackson County ad valorem taxes | 0.20 | B240 | A107 | 98.00 |
| 01/08/16 | TMH | Prepare order for Butler Snow's fourth fee application | 1.10 | B160 | A103 | 209.00 |
| 01/08/16 | TMH | Correspondence with US Trustee regarding agreed order for fourth fee application | 0.10 | B160 | A107 | 19.00 |
| 01/08/16 | TMH | Correspondence with C. Brokmeier regarding NDA execution | 0.10 | B130 | A108 | 19.00 |
| 01/08/16 | TMH | Correspondence with RDFA regarding NDA execution | 0.10 | B130 | A108 | 19.00 |
| 01/11/16 | SWR | Prepare narrative for December 2015 monthly operating reports for the Debtors | 0.90 | B110 | A103 | 441.00 |
| 01/11/16 | SWR | Correspondence with CRO regarding review of narrative and status of financial reports for November and December | 0.20 | B110 | A106 | 98.00 |

# BUTLER | SNOW

| | | | | | | |
|------|-----|---|---|---|---|---|
| | | monthly operating reports | | | | |
| 01/11/16 | SWR | Correspondence with Ray Carter of Mississippi Secretary of State's office regarding status report on environmental testing for transfer of 320-acre tract | 0.20 | B130 | A107 | 98.00 |
| 01/11/16 | SWR | Telephone conference and correspondence with Valerie Daniels of Internal Revenue Service regarding payment of 941 taxes | 0.30 | B240 | A108 | 147.00 |
| 01/12/16 | JLG | Revise and update new title commitment and circulate to parties. | 1.20 | B250 | A103 | 402.00 |
| 01/12/16 | SWR | Internal communication regarding non-disclosure agreement from Roullier and access to data room | 0.30 | B110 | A105 | 147.00 |
| 01/12/16 | SWR | Correspondence with CRO and internal communication regarding status of environmental testing on 320-acre parcel | 0.20 | B130 | A106 | 98.00 |
| 01/12/16 | SWR | Correspondence with Ray Carter regarding status of environmental testing by MDMR of 320-acre parcel | 0.20 | B130 | A107 | 98.00 |
| 01/12/16 | SWR | Correspondence with Craig Geno regarding treatment of claim of Jackson County for ad valorem taxes under draft of plan | 0.20 | B240 | A107 | 98.00 |
| 01/12/16 | SWR | Correspondence with Josephine Bournonville of Roullier regarding access to data room | 0.20 | B110 | A108 | 98.00 |
| 01/12/16 | SWR | Correspondence with Liquidation Trustee and counsel for Liquidation | 0.30 | B110 | A108 | 147.00 |

# BUTLER | SNOW

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Trustee regarding access to data room for Rouillier | | | | |
| 01/12/16 | TMH | Follow-up correspondence with Roullier regarding data room access | 0.20 | B130 | A108 | 38.00 |
| 01/12/16 | TMH | Correspondence with CRO regarding NDA | 0.10 | B130 | A108 | 19.00 |
| 01/12/16 | VGJ | Add additional users to the Data Room | 0.80 | B110 | A110 | 132.00 |
| 01/13/16 | CHM | Correspondence with management regarding insurance matters | 0.20 | B210 | A106 | 77.00 |
| 01/13/16 | CHM | Correspondence with management regarding employee benefits questions | 0.20 | B220 | A106 | 77.00 |
| 01/13/16 | CHM | Correspondence with counsel regarding adversary proceeding related to Kemper refund | 0.20 | B430 | A107 | 77.00 |
| 01/13/16 | JLG | Review new exception documents for revised title commitment and circulate. | 0.80 | B250 | A104 | 268.00 |
| 01/13/16 | SWR | Correspondence with Chris Brokmeier regarding information on D&O insurance | 0.20 | B120 | A106 | 98.00 |
| 01/13/16 | SWR | Correspondence with Recipients regarding statement for December fees and expenses | 0.30 | B110 | A107 | 147.00 |
| 01/13/16 | SWR | Work on letter to counsel for Committee regarding defense of Liquidation Trustee's complaint and assertion of rights of bankruptcy estate | 1.40 | B120 | A107 | 686.00 |
| 01/13/16 | SWR | Telephone call to and correspondence with counsel for Committee regarding Liquidation | 0.20 | B120 | A107 | 98.00 |

# BUTLER | SNOW

|          |     | Trustee complaint |      |      |      |        |
|----------|-----|-------------------|------|------|------|--------|
| 01/14/16 | CHM | Review documents and correspondence with committee counsel regarding directors and officers insurance policy | 0.40 | B210 | A104 | 154.00 |
| 01/14/16 | CHM | Review/analyze correspondence from committee counsel regarding position on adversary proceeding filed by liquidation trust with respect to Kemper refund | 0.30 | B430 | A104 | 115.50 |
| 01/14/16 | CHM | Correspondence with management regarding correspondence from committee counsel regarding position on adversary proceeding filed by liquidation trust with respect to Kemper refund | 0.20 | B430 | A106 | 77.00 |
| 01/14/16 | CHM | Correspondence with counsel to liquidation trust regarding adversary proceeding filed by liquidation trust with respect to Kemper refund | 0.20 | B430 | A107 | 77.00 |
| 01/14/16 | GCV | Correspondence to Steve Rosenblatt and Chris Maddux re: resolution of 401(k) issue with Chris Brokmeier. | 0.10 | B220 | A105 | 36.00 |
| 01/14/16 | GCV | Telephone conference with Chris Brokmeier re: corrective contribution for 401(k) plan. | 0.10 | B220 | A106 | 36.00 |
| 01/14/16 | SWR | Research on standing to pursue action on behalf of bankruptcy estate | 0.70 | B120 | A102 | 343.00 |
| 01/14/16 | SWR | Review correspondence with Lockton and Robert Kerley regarding | 0.40 | B210 | A104 | 196.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | acquisition of tail insurance | | | | |
| 01/14/16 | SWR | Review declaration and tail policies obtained by Lockton | 0.40 | B210 | A104 | 196.00 |
| 01/14/16 | SWR | Correspondence with Gilbert Van Loon regarding 401(k) issue | 0.20 | B220 | A105 | 98.00 |
| 01/14/16 | SWR | Correspondence with CRO regarding November monthly operating reports | 0.20 | B110 | A106 | 98.00 |
| 01/14/16 | SWR | Correspondence with CRO regarding demand by counsel for Committee regarding litigation regarding Mississippi Power refund for Kemper charges | 0.20 | B120 | A106 | 98.00 |
| 01/14/16 | SWR | Correspondence with CRO regarding go-forward tail policy purchased from Lockton | 0.20 | B210 | A106 | 98.00 |
| 01/14/16 | SWR | Correspondence with counsel for Liquidation Trustee regarding demand by counsel for Committee regarding litigation regarding Mississippi Power refund for Kemper charges | 0.20 | B120 | A107 | 98.00 |
| 01/14/16 | SWR | Correspondence with counsel for Committee regarding litigation regarding Mississippi Power refund for Kemper charges | 0.30 | B120 | A107 | 147.00 |
| 01/14/16 | SWR | Correspondence with counsel for Committee regarding go-forward tail policies | 0.20 | B210 | A107 | 98.00 |
| 01/14/16 | SWR | Correspondence with Glenn Machine Works | 0.20 | B110 | A108 | 98.00 |

# BUTLER | SNOW

| Date | Init. | Description | Hours | Task | Activity | Amount |
|---|---|---|---|---|---|---|
| | | regarding status of case | | | | |
| 01/14/16 | VGJ | Add additional user to Data Room | 0.20 | B110 | A110 | 33.00 |
| 01/15/16 | CHM | Correspondence with management regarding complaint by liquidation trustee | 0.20 | B430 | A106 | 77.00 |
| 01/15/16 | CHM | Telephone conference with Patrick Gough regarding 401(k) plan audit and related correspondence | 0.30 | B220 | A108 | 115.50 |
| 01/15/16 | SWR | Review November monthly operating reports | 0.30 | B110 | A104 | 147.00 |
| 01/15/16 | SWR | Correspondence with CRO regarding United States Trustee fee schedule for quarterly fees; calculations of United States Trustee fees for Q4 of 2015; and payment details | 0.30 | B110 | A106 | 147.00 |
| 01/15/16 | SWR | Correspondence with Jon Nash regarding position of Liquidation Trustee regarding Mississippi Power refund for Kemper charges | 0.20 | B120 | A106 | 98.00 |
| 01/15/16 | SWR | Telephone conference with counsel for Liquidation Trustee regarding Mississippi Power refund for Kemper charges | 0.30 | B120 | A107 | 147.00 |
| 01/19/16 | CHM | Correspondence with management regarding adversary proceeding with respect to Kemper refund | 0.20 | B430 | A106 | 77.00 |
| 01/19/16 | CHM | Correspondence with counsel to liquidation trustee regarding survey | 0.20 | B130 | A107 | 77.00 |
| 01/19/16 | JLG | Review questionable | 1.80 | B250 | A104 | 603.00 |

# BUTLER | SNOW

| | | | | | | |
|---|---|---|---|---|---|---|
| | | easement exception documents against most recent draft survey | | | | |
| 01/19/16 | JLG | Discuss easement exception documents with abstractor | 0.20 | B250 | A108 | 67.00 |
| 01/19/16 | SWR | Internal communication regarding filing of November monthly operating reports | 0.20 | B110 | A105 | 98.00 |
| 01/19/16 | SWR | Correspondence with CRO regarding December monthly operating reports | 0.20 | B110 | A106 | 98.00 |
| 01/19/16 | SWR | Correspondence with CRO regarding settlement discussions with counsel for Liquidation Trustee regarding Mississippi Power refund for Kemper charges | 0.30 | B120 | A106 | 147.00 |
| 01/19/16 | SWR | Telephone conference with Lenny Parkins and Karl Burrer regarding settlement discussions regarding Mississippi Power refund for Kemper charges | 0.40 | B120 | A107 | 196.00 |
| 01/19/16 | SWR | Correspondence and telephone conference counsel for Committee regarding settlement discussions with Liquidation Trustee regarding Mississippi Power refund for Kemper charges | 0.40 | B120 | A107 | 196.00 |
| 01/19/16 | SWR | Correspondence with Clark Hammond regarding potential purchaser for assets from Liquidation Trustee and/or Environmental | 0.40 | B130 | A107 | 196.00 |

| Date | Init | Description | Hours | Code1 | Code2 | Amount |
|---|---|---|---|---|---|---|
| | | Trustee | | | | |
| 01/19/16 | VGJ | Compile financial aspects and narrative for November 2015 for MPC, SATS and ATS and electronically file same with Court | 0.90 | B110 | A111 | 148.50 |
| 01/20/16 | CHM | Correspondence with management regarding monthly operating reports | 0.20 | B110 | A106 | 77.00 |
| 01/20/16 | SWR | Correspondence with Velvet Johnson regarding filing of December monthly operating reports | 0.20 | B110 | A105 | 98.00 |
| 01/20/16 | SWR | Correspondence with Beth Carter regarding payment of United States Trustee quarterly fees | 0.20 | B110 | A106 | 98.00 |
| 01/20/16 | SWR | Correspondence with Chris Brokmeier regarding financial information for December monthly operating reports | 0.30 | B110 | A106 | 147.00 |
| 01/20/16 | VGJ | Compile financial aspects and narrative for December Monthly Operating Reports for MPC, ATS and SATS and file same with Court | 0.80 | B110 | A111 | 132.00 |
| 01/25/16 | SWR | Work on draft of chapter 11 plan (effect of other orders and substantive consolidation) | 1.20 | B320 | A103 | 588.00 |
| 01/25/16 | SWR | Conference and correspondence with Thomas Hewitt regarding preparation of disclosure statement | 0.30 | B320 | A105 | 147.00 |
| 01/25/16 | SWR | Correspondence with CRO regarding chapter 11 plan and Mississippi Power refund for Kemper | 0.30 | B320 | A106 | 147.00 |

# BUTLER | SNOW

| Date | Initials | Description | Hours | Code | Code | Amount |
|---|---|---|---|---|---|---|
| | | charges | | | | |
| 01/25/16 | SWR | Telephone conference with counsel for Liquidation Trustee regarding Mississippi Power refund for Kemper charges | 0.30 | B120 | A107 | 147.00 |
| 01/25/16 | SWR | Correspondence with counsel for Committee regarding Mississippi Power refund for Kemper charges and time to respond to adversary proceeding | 0.40 | B120 | A107 | 196.00 |
| 01/25/16 | SWR | Correspondence with counsel for Committee regarding draft of plan and open issues | 0.50 | B320 | A107 | 245.00 |
| 01/25/16 | SWR | Telephone conference with John Lammert regarding status of ad valorem tax issues | 0.30 | B240 | A108 | 147.00 |
| 01/25/16 | VGJ | Calendar dates for attorneys based on ECF Notices | 0.20 | B110 | A110 | 33.00 |
| 01/26/16 | SWR | Review Order denying Debtors' emergency motion to enforce automatic stay | 0.20 | B110 | A104 | 98.00 |
| 01/26/16 | SWR | Correspondence with Thomas Hewitt regarding access to data room for Key Environmental | 0.10 | B130 | A105 | 49.00 |
| 01/26/16 | SWR | Correspondence with Jon Nash regarding BMC's December invoice | 0.10 | B110 | A106 | 49.00 |
| 01/26/16 | SWR | Correspondence with CRO regarding Order denying Debtors' emergency motion to enforce automatic stay | 0.20 | B140 | A106 | 98.00 |
| 01/26/16 | SWR | Correspondence with Bob Ogle and Jay Clayton | 0.20 | B130 | A108 | 98.00 |

# BUTLER | SNOW

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | regarding request for Key Environmental to have access to the MPC data room | | | | | |
| 01/26/16 | SWR | Correspondence with Robert Kerley, Jimmy Heidelberg, and Gallagher regarding Order denying Debtors' emergency motion to enforce automatic stay | 0.40 | B140 | A108 | | 196.00 |
| 01/26/16 | TMH | Correspondence with MPC regarding NDA of Key Environmental | 0.10 | B130 | A106 | | 19.00 |
| 01/26/16 | TMH | Correspondence with Key Environmental regarding NDA | 0.20 | B130 | A108 | | 38.00 |
| 01/26/16 | VGJ | Add additional users to Data Room and review of updated info with Firmex | 0.70 | B110 | A110 | | 115.50 |
| 01/26/16 | VGJ | Calendar dates for attorneys based on review of ECF Notices | 0.20 | B110 | A110 | | 33.00 |
| 01/27/16 | SWR | Correspondence with CRO regarding Gallagher's correspondence regarding denial of coverage for McCain claim | 0.20 | B120 | A106 | | 98.00 |
| 01/27/16 | SWR | Telephone conference and correspondence with counsel for Liquidation Trustee regarding Mississippi Power refund for Kemper charges | 0.30 | B120 | A107 | | 147.00 |
| 01/27/16 | SWR | Telephone conference with counsel for Committee regarding Mississippi Power refund for Kemper charges and status of draft of plan | 0.40 | B120 | A107 | | 196.00 |
| 01/27/16 | SWR | Correspondence with counsel for Robert Kerley | 0.20 | B140 | A107 | | 98.00 |

# B U T L E R | S N O W

| | | | | | | |
|---|---|---|---|---|---|---|
| | | regarding ruling of bankruptcy court on motion to stay | | | | |
| 01/27/16 | SWR | Correspondence with Dan Summa with Gallagher regarding coverage denial for McCain claim | 0.30 | B120 | A108 | 147.00 |
| 01/27/16 | TMH | Work on disclosure statement to incorporate terms and provisions of the revised and updated Plan | 1.10 | B320 | A103 | 209.00 |
| 01/28/16 | DBC | Correspondence with Beth Carter regarding outstanding warrants and research and assemble same. | 0.50 | B210 | A104 | 255.00 |
| 01/28/16 | SWR | Review and analyze tax claims filed in chapter 11 case | 0.40 | B240 | A104 | 196.00 |
| 01/28/16 | SWR | Correspondence with Velvet Johnson regarding list of tax claims filed in chapter 11 case | 0.20 | B240 | A105 | 98.00 |
| 01/28/16 | SWR | Correspondence with Velvet Johnson regarding bankruptcy administrator and attorney for Mississippi Department of Revenue | 0.30 | B240 | A105 | 147.00 |
| 01/28/16 | SWR | Correspondence with Kenitta Toole of Mississippi Department of Revenue regarding state use tax claims filed by Mississippi Department of Revenue | 0.40 | B240 | A107 | 196.00 |
| 01/28/16 | TMH | Work on disclosure statement to reflect most recent updates to Plan | 4.60 | B320 | A103 | 874.00 |
| 01/28/16 | VGJ | Email correspondence with S. Rosenblatt re MS Dept. of Revenue | 0.20 | B110 | A105 | 33.00 |

# BUTLER | SNOW

| Date | | Description | | | | |
|---|---|---|---|---|---|---|
| | | regarding state tax claims | | | | |
| 01/28/16 | VGJ | Search court claims register for all tax claims filed by State and Federal taxing authorities per S. Rosenblatt | 0.50 | B110 | A110 | 82.50 |
| 01/29/16 | CHM | Prepare for and participate in conference call with committee counsel regarding chapter 11 plan and litigation related to Kemper refund | 0.50 | B320 | A107 | 192.50 |
| 01/29/16 | SWR | Telephone conference and correspondence with counsel for Committee regarding Mississippi Power refund for Kemper charges and settlement discussions with counsel for Liquidation Trustee | 0.30 | B120 | A107 | 147.00 |
| 01/29/16 | TMH | Work on disclosure statement for revised plan | 1.10 | B320 | A103 | 209.00 |

**Sub-total of Fees:**  25,647.50

### Rate Summary

| Name | Hours | | Rate | Amount |
|---|---|---|---|---|
| Chris Maddux | 7.60 | hours at | $385.00/hr | 2,926.00 |
| Don B. Cannada | 0.50 | hours at | $510.00/hr | 255.00 |
| Gilbert Van Loon | 0.20 | hours at | $360.00/hr | 72.00 |
| John Galloway | 12.40 | hours at | $335.00/hr | 4,154.00 |
| Mitch Carrington | 0.60 | hours at | $195.00/hr | 117.00 |
| Paul Varner | 0.30 | hours at | $440.00/hr | 132.00 |
| Steve Rosenblatt | 31.50 | hours at | $490.00/hr | 15,435.00 |
| Thomas Hewitt | 9.20 | hours at | $190.00/hr | 1,748.00 |
| Velvet Johnson | 4.90 | hours at | $165.00/hr | 808.50 |
| **Subtotal:** | **67.20** | | | **25,647.50** |

EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/21/15 | Conference Call – Soundpath/Level 3 | 2.04 |
| 01/07/16 | Conference Call – Soundpath/Level 3 | 3.24 |



Mississippi Phosphates Corporation
February 10, 2016
10109900
Page:20

| | | |
|---|---|---|
| 01/07/16 | Conference Call – Soundpath/Level 3 | 1.45 |
| 01/11/16 | Image Reproduction 23 Page(s) | 2.30 |
| 01/13/16 | Cash Disbursement – Joseph A. Poirrer:  Copies of exception documents from land records. | 175.00 |
| 01/15/16 | Delivery Expense - Messenger – Delivery to 220 Lakeland Parkway | 25.00 |
| 01/29/16 | Pacer Expense – Pacer Expense | 18.50 |
| | **Sub-total of Expenses:** | **227.53** |

**TOTAL CURRENT BILLING FOR THIS MATTER**                          **$25,875.03**