- 25 -

**Exhibit "A-3"**

*Invoice for February 1- 29, 2016*

30693543



Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

Robert Kerley
Mississippi Phosphates Corporation
P.O. Box 848
Pascagoula, MS  39568-0848

April 14, 2016
Statement: 10117449
Matter: 027376.149010
Billing Attorney: Steve Rosenblatt

Due Date: April 29, 2016

## STATEMENT SUMMARY

For Services Rendered Through February 29, 2016

**Client:** Mississippi Phosphates Corporation
**Matter:** Chapter 11 for Mississippi Phosphates Corporation and Subsidiaries

| | |
|---|---:|
| **TOTAL FEES FOR CURRENT BILLING PERIOD** | **$10,696.50** |
| **TOTAL COSTS FOR CURRENT BILLING PERIOD** | **$11.50** |
| **TOTAL CURRENT BILLING FOR THIS MATTER** | **$10,708.00** |

Tax I.D. 64-0331849



Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

Robert Kerley
Mississippi Phosphates Corporation
P.O. Box 848
Pascagoula, MS  39568-0848

April 14, 2016
Statement: 10117449
Matter: 027376.149010
Billing Attorney: Steve Rosenblatt

Due Date: April 29, 2016

**STATEMENT**

For Services Rendered Through February 29, 2016

**Client:** Mississippi Phosphates Corporation
**Matter:** Chapter 11 for Mississippi Phosphates Corporation and Subsidiaries

**PROFESSIONAL FEES**

| DATE | | DESCRIPTION | HOURS | TASK | ACTIVITY | AMOUNT |
|---|---|---|---|---|---|---|
| 02/01/16 | SWR | Correspondence and telephone conference with counsel for Liquidation Trustee regarding extension of deadline to respond to adversary proceeding | 0.30 | B120 | A107 | 147.00 |
| 02/01/16 | SWR | Correspondence with Chris Steiskal regarding status of disclosure statement and plan | 0.20 | B320 | A107 | 98.00 |
| 02/01/16 | TMH | Correspondence with C. Brokmeier regarding NDA for Key Environmental | 0.10 | B130 | A106 | 19.00 |
| 02/02/16 | CHM | Review prior correspondence and documents re contents and status of survey | 0.50 | B130 | A104 | 192.50 |
| 02/02/16 | CHM | Telephone call with J. Galloway re status of title report and closing issues | 0.30 | B130 | A105 | 115.50 |
| 02/02/16 | CHM | Correspondence with counsel to liquidation trust re survey | 0.30 | B130 | A107 | 115.50 |
| 02/02/16 | SWR | Correspondence with counsel for Committee regarding United States Trustee deadline for filing | 0.20 | B110 | A107 | 98.00 |

BUTLER | SNOW

Mississippi Phosphates Corporation
April 14, 2016
10117449
Page:2

| Date | Atty | Description | Hours | Task | Act | Amount |
|---|---|---|---|---|---|---|
| | | plan and disclosure statement | | | | |
| 02/02/16 | SWR | Correspondence with Slate Dabney and Joe Rice regarding call on status of BP claim | 0.20 | B120 | A107 | 98.00 |
| 02/02/16 | SWR | Telephone conference with counsel for Liquidation Trustee regarding BP claim and additional time to respond to complaint regarding Kemper charges | 0.20 | B120 | A107 | 98.00 |
| 02/02/16 | SWR | Correspondence with Chris Steiskal regarding plan and disclosure statement filing deadline | 0.20 | B320 | A107 | 98.00 |
| 02/03/16 | CHM | Telephone conference with management regarding case administrative matters | 0.40 | B110 | A106 | 154.00 |
| 02/03/16 | CHM | Telephone conferences (2x) with committee counsel regarding adversary proceeding filed by Liquidation Trust | 0.40 | B430 | A107 | 154.00 |
| 02/03/16 | CHM | Telephone conference with counsel to Liquidation Trust regarding adversary proceeding | 0.30 | B430 | A107 | 115.50 |
| 02/03/16 | SWR | Telephone conference and correspondence with counsel for Liquidation Trustee regarding request for additional time to respond to Complaint of Liquidation Trustee against MPC and Mississippi Power | 0.30 | B110 | A107 | 147.00 |
| 02/03/16 | SWR | Telephone conference with counsel for Committee regarding extension of time to respond to complaint by | 0.30 | B120 | A107 | 147.00 |

| Date | Initials | Description | Hours | | | Amount |
|---|---|---|---|---|---|---|
| | | Liquidation Trustee regarding Mississippi Power refund for Kemper charges | | | | |
| 02/03/16 | TMH | Correspondence with Key Environmental regarding data room access | 0.10 | B130 | A108 | 19.00 |
| 02/04/16 | CHM | Review/analyze answer and counter-claim/cross-claim of Mississippi Power | 0.50 | B430 | A104 | 192.50 |
| 02/04/16 | SWR | Review answer and cross-claim of Mississippi Power to adversary proceeding of Liquidation Trustee regarding court-ordered refund for Kemper charges | 0.30 | B120 | A104 | 147.00 |
| 02/04/16 | SWR | Correspondence with CRO regarding Mississippi Power answer, cross-claim and counterclaim | 0.20 | B120 | A106 | 98.00 |
| 02/04/16 | SWR | Correspondence with Paul Delcambre regarding answer and cross-claim in Mississippi Power refund for Kemper charges adversary proceeding | 0.20 | B120 | A107 | 98.00 |
| 02/04/16 | SWR | Correspondence with Linda Zwicker and Karl Steinberger regarding conference call with AIG regarding handling workers compensation insurance claims | 0.20 | B210 | A108 | 98.00 |
| 02/04/16 | TMH | Work on notice of hearing and amended first day motions | 0.00 | B110 | A103 | 0.00 |
| 02/04/16 | VGJ | Add additional users to data room | 0.30 | B110 | A110 | 49.50 |
| 02/08/16 | CHM | Correspondence with management regarding status of BP claim | 0.20 | B120 | A106 | 77.00 |

BUTLER|SNOW

Mississippi Phosphates Corporation
April 14, 2016
10117449
Page:4

| Date | Initials | Description | Hours | Code | Code | Amount |
|---|---|---|---|---|---|---|
| 02/08/16 | CHM | Correspondence with counsel to the liquidation trustee regarding status of survey | 0.20 | B130 | A107 | 77.00 |
| 02/08/16 | JLG | Update exception list from information provided by surveyor. | 0.80 | B250 | A103 | 268.00 |
| 02/08/16 | SWR | Correspondence with CRO regarding update on status of BP claim | 0.20 | B120 | A106 | 98.00 |
| 02/08/16 | SWR | Correspondence with counsel for Committee regarding update on BP claim | 0.20 | B120 | A107 | 98.00 |
| 02/08/16 | SWR | Correspondence with Linda Zwicker of Gallagher regarding conference call with AIG regarding handling workers compensation insurance claims going forward | 0.20 | B210 | A108 | 98.00 |
| 02/09/16 | SWR | Conference call with counsel for Committee regarding Mississippi Power refund | 0.40 | B120 | A107 | 196.00 |
| 02/09/16 | SWR | Correspondence and conference call with counsel for Committee regarding Mississippi Power refund | 0.40 | B120 | A107 | 196.00 |
| 02/09/16 | VGJ | Review of ECF Notices and calendar dates for attorneys | 0.20 | B110 | A110 | 33.00 |
| 02/10/16 | CHM | Correspondence with counsel to liquidation trust and surveyor regarding status of survey and contents of same | 0.40 | B130 | A107 | 154.00 |
| 02/10/16 | JLG | Prepare redlined version of second commitment and circulate. | 0.80 | B250 | A103 | 268.00 |
| 02/10/16 | JLG | Email traffic regarding new survey and title commitment. | 0.30 | B250 | A108 | 100.50 |

BUTLER|SNOW

BUTLER | SNOW

Mississippi Phosphates Corporation
April 14, 2016
10117449
Page:5

| Date | Initials | Description | Hours | Code | Task | Amount |
|---|---|---|---|---|---|---|
| 02/10/16 | SWR | Correspondence with CRO regarding request of counsel for Liquidation Trustee regarding status report on BP claim | 0.20 | B120 | A106 | 98.00 |
| 02/10/16 | SWR | Correspondence with counsel for Liquidation Trustee and counsel for PHI regarding update on status of BP claim | 0.20 | B120 | A107 | 98.00 |
| 02/11/16 | SWR | Extended conference call with AIG, Gallagher, CRO, and Karl Steinberger regarding handling workers compensation insurance going forward | 1.10 | B210 | A107 | 539.00 |
| 02/11/16 | SWR | Correspondence with Linda Zwicker pf Gallagher regarding four monthly AIG invoices for workers compensation insurance payments | 0.30 | B120 | A108 | 147.00 |
| 02/11/16 | SWR | Telephone conference and correspondence with John Lammert regarding Jackson County tax issues | 0.20 | B240 | A108 | 98.00 |
| 02/11/16 | TMH | Correspondence with CSX regarding easement agreements | 0.10 | B130 | A107 | 19.00 |
| 02/11/16 | TMH | Correspondence with Trustmark regarding closing escrow accounts | 0.20 | B160 | A108 | 38.00 |
| 02/12/16 | SWR | Correspondence with John Lammert regarding Jackson County taxes | 0.20 | B240 | A108 | 98.00 |
| 02/15/16 | JLG | Email traffic regarding survey and exceptions to title. | 0.30 | B250 | A108 | 100.50 |
| 02/16/16 | SWR | Correspondence with CRO regarding update on developments in BP claim process | 0.20 | B120 | A106 | 98.00 |
| 02/16/16 | SWR | Correspondence with counsel for Committee, | 0.30 | B120 | A107 | 147.00 |

BUTLER | SNOW

Mississippi Phosphates Corporation
April 14, 2016
10117449
Page:6

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Liquidation Trustee and Mississippi Power regarding motion for standing for unsecured creditors committee regarding Mississippi Power refund for Kemper charges | | | | |
| 02/16/16 | SWR | Correspondence with Slate Dabney and Joe Rice regarding developments in BP claim process | 0.30 | B120 | A107 | 147.00 |
| 02/16/16 | SWR | Review correspondence with AIG and Gallagher regarding reduction in Mississippi Phosphate's collateral balance based on outstanding deductible invoices | 0.30 | B120 | A108 | 147.00 |
| 02/17/16 | SWR | Telephone conference and correspondence with counsel for Committee and Liquidation Trustee regarding proposed order granting standing to Committee to respond to adversary proceeding filed by Liquidation Trustee | 0.50 | B110 | A107 | 245.00 |
| 02/17/16 | SWR | Correspondence with counsel for Liquidation Trustee and PHI regarding BP claim | 0.20 | B120 | A107 | 98.00 |
| 02/17/16 | SWR | Correspondence with John Lammert regarding Jackson County personal property taxes | 0.20 | B240 | A108 | 98.00 |
| 02/18/16 | CHM | Correspondence with counsel to liquidation trust regarding completion of survey | 0.20 | B130 | A107 | 77.00 |
| 02/18/16 | JLG | Email with surveyor regarding survey work . | 0.30 | B250 | A108 | 100.50 |
| 02/18/16 | SWR | Correspondence with | 0.20 | B110 | A106 | 98.00 |

| Date | Atty | Description | Hours | Task | Activity | Amount |
|---|---|---|---|---|---|---|
| | | CRO regarding request for additional payment for surveyor | | | | |
| 02/18/16 | SWR | Correspondence with Lenny Parkins regarding requested extension for Committee to respond to adversary proceeding | 0.20 | B110 | A107 | 98.00 |
| 02/18/16 | SWR | Correspondence with Slate Dabney and Lenny Parkins regarding conference call to discuss BP claim | 0.20 | B120 | A107 | 98.00 |
| 02/18/16 | SWR | Correspondence with Les Alvis regarding status of John Deere 700 crawler tractor | 0.30 | B120 | A107 | 147.00 |
| 02/19/16 | CHM | Correspondence with counsel to the liquidation trust, committee and Mississippi Power regarding adversary proceeding with respect to Kemper refund | 0.40 | B430 | A107 | 154.00 |
| 02/19/16 | SWR | Correspondence with counsel for Liquidation Trustee and counsel for Committee regarding agreed order for additional time to respond to complaint | 0.30 | B110 | A107 | 147.00 |
| 02/19/16 | SWR | Correspondence with counsel for Liquidation Trustee, Mississippi Power, and Committee regarding status conference with Judge Samson on adversary proceeding | 0.20 | B110 | A107 | 98.00 |
| 02/19/16 | SWR | Correspondence with counsel for Liquidation Trustee and PHI regarding conference call to discuss BP claim | 0.20 | B120 | A107 | 98.00 |
| 02/19/16 | SWR | Correspondence with | 0.10 | B320 | A107 | 49.00 |

BUTLER | SNOW

Mississippi Phosphates Corporation
April 14, 2016
10117449
Page:8

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Chris Steiskal regarding plan and disclosure statement | | | | |
| 02/19/16 | SWR | Correspondence with counsel for Committee regarding finalizing and filing plan and disclosure statement | 0.20 | B320 | A107 | 98.00 |
| 02/22/16 | DBC | E-mails Robert Kerley and research files regarding October 2, 2014 executed minutes and board of directors. | 0.40 | B260 | A108 | 204.00 |
| 02/22/16 | SWR | Correspondence with CRO regarding update on BP claim and requested information | 0.20 | B120 | A106 | 98.00 |
| 02/22/16 | SWR | Correspondence with counsel for Liquidation Trustee regarding adversary proceeding and status conference with Court and parties | 0.20 | B110 | A107 | 98.00 |
| 02/22/16 | SWR | Correspondence with Joe Rice and Slate Dabney regarding Environmental Trust as beneficiary of BP claim | 0.30 | B120 | A107 | 147.00 |
| 02/22/16 | SWR | Conference call with Slate Dabney and counsel for Liquidation Trustee regarding status of BP claim and course of action | 0.50 | B120 | A107 | 245.00 |
| 02/22/16 | SWR | Correspondence with Slate Dabney regarding updated information on BP claim and requested information regarding same | 0.20 | B120 | A107 | 98.00 |
| 02/22/16 | SWR | Correspondence with counsel for Committee and CRO regarding conference call to discuss plan and disclosure | 0.30 | B320 | A107 | 147.00 |

BUTLER | SNOW

Mississippi Phosphates Corporation
April 14, 2016
10117449
Page:9

| Date | Initials | Description | Hours | | | Amount |
|---|---|---|---|---|---|---|
| | | statement | | | | |
| 02/23/16 | CHM | Prepare for and participate in conference call with counsel to the Committee and Management regarding plan structure and development and comments to current working draft of plan | 1.20 | | | 462.00 |
| 02/23/16 | SWR | Draft additional provisions for plan per conference call with counsel for Committee | 0.90 | B320 | A103 | 441.00 |
| 02/23/16 | SWR | Telephone conference and correspondence with Jon Nash regarding application to employ David Phelps as CRO | 0.30 | B160 | A106 | 147.00 |
| 02/23/16 | SWR | Correspondence with Slate Dabney regarding Order denying Debtors' motion to enforce the automatic stay against McCain Engineering | 0.20 | B110 | A107 | 98.00 |
| 02/23/16 | SWR | Correspondence with counsel for Committee regarding additional plan provisions | 0.20 | B320 | A107 | 98.00 |
| 02/23/16 | SWR | Conference call with counsel for Committee, CRO and Chris Maddux regarding review and discuss possible revisions to draft of chapter 11 plan | 0.80 | B320 | A107 | 392.00 |
| 02/23/16 | TMH | Correspondence with C. Brokmeier regarding application to employ Deloitte | 0.20 | B110 | A106 | 38.00 |
| 02/24/16 | SWR | Correspondence with Marc Solomon regarding motion and order on standing for unsecured creditors committee in adversary proceeding | 0.20 | B120 | A107 | 98.00 |

BUTLER|SNOW

Mississippi Phosphates Corporation
April 14, 2016
10117449
Page:10

| Date | | Description | Hours | | | Amount |
|---|---|---|---|---|---|---|
| 02/24/16 | SWR | Correspondence with Marc Solomon regarding language for Plan | 0.20 | B320 | A107 | 98.00 |
| 02/25/16 | SWR | Telephone conference with Lenny Parkins regarding information regarding David Phelps retention and retainer | 0.30 | B110 | A107 | 147.00 |

**Sub-total of Fees:** **10,696.50**

### Rate Summary

| Name | Hours | | Rate | Amount |
|---|---|---|---|---|
| Chris Maddux | 5.30 | hours at | $385.00/hr | 2,040.50 |
| Don B. Cannada | 0.40 | hours at | $510.00/hr | 204.00 |
| John Galloway | 2.50 | hours at | $335.00/hr | 837.50 |
| Steve Rosenblatt | 15.10 | hours at | $490.00/hr | 7,399.00 |
| Thomas Hewitt | 0.70 | hours at | $190.00/hr | 133.00 |
| Velvet Johnson | 0.50 | hours at | $165.00/hr | 82.50 |
| **Subtotal:** | **24.50** | | | **10,696.50** |

## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/09/16 | Image Reproduction 76 Page(s) | 7.60 |
| 02/29/16 | Pacer Expense – Pacer Expense | 3.90 |
| | **Sub-total of Expenses:** | **11.50** |

**TOTAL CURRENT BILLING FOR THIS MATTER** **$10,708.00**