- 27 -

**Exhibit "A-5"**

*Invoice for April 1- 30, 2016*



Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

| | |
|---|---|
| Robert Kerley | May 9, 2016 |
| Mississippi Phosphates Corporation | Statement: 10119272 |
| P.O. Box 848 | Matter: 027376.149010 |
| Pascagoula, MS  39568-0848 | Billing Attorney: Steve Rosenblatt |
| | Due Date: May 24, 2016 |

### STATEMENT SUMMARY
For Services Rendered Through April 30, 2016

**Client:** Mississippi Phosphates Corporation
**Matter:** Chapter 11 for Mississippi Phosphates Corporation and Subsidiaries

| | |
|---|---:|
| **TOTAL FEES FOR CURRENT BILLING PERIOD** | **$19,702.00** |
| **TOTAL COSTS FOR CURRENT BILLING PERIOD** | **$86.20** |
| **TOTAL CURRENT BILLING FOR THIS MATTER** | **$19,788.20** |
| Total of Unpaid Balances From Prior Statements* | $168,557.66 |
| **TOTAL AMOUNT DUE FOR THIS MATTER** | **$188,345.86** |

### AGING OF ACCOUNTS RECEIVABLE

| **CURRENT** | **31-60 DAYS** | **61-90 DAYS** | **91-120 DAYS** | **OVER 120 DAYS** |
|:---:|:---:|:---:|:---:|:---:|
| $39,523.70 | $0.00 | $25,875.03 | $24,227.85 | $98,719.28 |

Tax I.D. 64-0331849



Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

Robert Kerley  
Mississippi Phosphates Corporation  
P.O. Box 848  
Pascagoula, MS  39568-0848

May 9, 2016  
Statement: 10119272  
Matter: 027376.149010  
Billing Attorney: Steve Rosenblatt

Due Date: May 24, 2016

## STATEMENT

For Services Rendered Through April 30, 2016

**Client:** Mississippi Phosphates Corporation  
**Matter:** Chapter 11 for Mississippi Phosphates Corporation and Subsidiaries

### PROFESSIONAL FEES

| DATE | | DESCRIPTION | HOURS | TASK | ACTIVITY | AMOUNT |
|---|---|---|---|---|---|---|
| 04/04/16 | CHM | Correspondence among office of the United States Trustee and counsel for the committee and MDEQ regarding hearing on UST's motion to convert or dismiss | 0.40 | B110 | A107 | 154.00 |
| 04/04/16 | CHM | Correspondence among counsel regarding survey | 0.20 | B210 | A107 | 77.00 |
| 04/04/16 | SWR | Telephone conference and correspondence with Chris Maddux regarding handling hearing on motion to convert or dismiss filed by United States Trustee | 0.20 | B110 | A105 | 98.00 |
| 04/04/16 | SWR | Correspondence with CRO regarding request for shared cost of additional items for survey | 0.20 | B130 | A106 | 98.00 |
| 04/04/16 | SWR | Correspondence with Chris Steiskal regarding hearing on motion to convert or dismiss filed by United States Trustee | 0.10 | B110 | A107 | 49.00 |
| 04/04/16 | SWR | Correspondence with counsel for Liquidation | 0.20 | B130 | A107 | 98.00 |

BUTLER | SNOW

Mississippi Phosphates Corporation
May 9, 2016
10119272
Page:2

| Date | Atty | Description | Hours | Task | Activity | Amount |
|---|---|---|---|---|---|---|
| | | Trustee regarding request for shared cost for survey | | | | |
| 04/05/16 | SWR | Correspondence with Chris Steiskal and Chris Maddux regarding appearance at hearing on motion to convert or dismiss of United States Trustee | 0.20 | B110 | A107 | 98.00 |
| 04/05/16 | VGJ | Receipt of Notice of Returned Mail to Debtor, search updated addresses and electronically file same with court | 0.30 | B110 | A111 | 49.50 |
| 04/06/16 | CHM | Telephone conference with Roy Furrh regarding status of pending matters in the chapter 11 cases | 0.30 | B110 | A107 | 115.50 |
| 04/06/16 | VGJ | Review of ECF Notices and calendar dates for attorneys | 0.20 | B110 | A110 | 33.00 |
| 04/07/16 | CHM | Correspondence with management regarding identification of avoidance actions for inclusion in plan and disclosure statement | 0.20 | B320 | A106 | 77.00 |
| 04/07/16 | CHM | Correspondence with committee counsel regarding plan and disclosure statement | 0.20 | B320 | A107 | 77.00 |
| 04/07/16 | CHM | Correspondence with John Lammert regarding plan provisions related to Jackson County ad valorem tax challenge | 0.20 | B320 | A108 | 77.00 |
| 04/07/16 | SWR | Review and revise proposed order on United States Trustee's motion to convert or dismiss | 0.30 | B110 | A103 | 147.00 |
| 04/07/16 | SWR | Correspondence with CRO regarding avoidance | 0.30 | B180 | A106 | 147.00 |

BUTLER | SNOW

Mississippi Phosphates Corporation
May 9, 2016
10119272
Page:3

| Date | Atty | Description | Hours | Task | Activity | Amount |
|---|---|---|---|---|---|---|
| | | actions | | | | |
| 04/07/16 | SWR | Correspondence with Slate Dabney regarding contact information for the KPMG Partner | 0.20 | B120 | A107 | 98.00 |
| 04/07/16 | SWR | Correspondence with Craig Geno and John Lammert regarding chapter 11 plan provisions regarding Jackson County ad valorem taxes | 0.20 | B240 | A107 | 98.00 |
| 04/07/16 | SWR | Attend and participate in video conference hearing on motion of United States Trustee to convert or dismiss case | 0.40 | B110 | A109 | 196.00 |
| 04/07/16 | SWR | Travel to and from courthouse for video conference hearing on motion of United States Trustee to convert or dismiss chapter 11 cases (1/2 time) | 0.40 | B195 | A112 | 196.00 |
| 04/08/16 | SWR | Correspondence with CRO regarding avoidance actions | 0.20 | B180 | A106 | 98.00 |
| 04/08/16 | SWR | Correspondence with John Lammert regarding Jackson County ad valorem taxes | 0.20 | B240 | A108 | 98.00 |
| 04/08/16 | TMH | Work on fee application | 1.10 | B160 | A103 | 209.00 |
| 04/08/16 | VGJ | Review of ECF Notices and calendar dates for attorneys | 0.20 | B110 | A110 | 33.00 |
| 04/11/16 | SWR | Correspondence with counsel for Liquidation Trustee and CRO regarding payment of additional charges regarding survey | 0.20 | B210 | A107 | 98.00 |
| 04/11/16 | SWR | Correspondence with | 0.10 | B210 | A107 | 49.00 |

BUTLER | SNOW

Mississippi Phosphates Corporation
May 9, 2016
10119272
Page:4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | counsel for Liquidation Trustee regarding survey costs | | | | |
| 04/11/16 | SWR | Correspondence with Brad Daniel of BMC regarding assistance with plan and disclosure statement | 0.20 | B320 | A108 | 98.00 |
| 04/12/16 | SWR | Correspondence with Chris Steiskal and other counsel regarding approval of proposed order on United States Trustee's motion to convert or dismiss | 0.20 | B110 | A107 | 98.00 |
| 04/12/16 | SWR | Correspondence with John Lammert regarding treatment of Jackson County ad valorem taxes in plan | 0.20 | B240 | A108 | 98.00 |
| 04/13/16 | SWR | Revise plan regarding treatment of Jackson County ad valorem taxes | 0.50 | B240 | A103 | 245.00 |
| 04/13/16 | SWR | Correspondence with CRO regarding order on United States Trustee's motion to convert or dismiss | 0.20 | B110 | A106 | 98.00 |
| 04/13/16 | SWR | Correspondence with CRO regarding plan revisions regarding Jackson County ad valorem taxes | 0.20 | B240 | A106 | 98.00 |
| 04/13/16 | SWR | Correspondence with counsel for Committee regarding Plan revisions regarding Jackson County ad valorem taxes | 0.20 | B240 | A107 | 98.00 |
| 04/13/16 | SWR | Correspondence with John Lammert and Craig Geno regarding plan treatment for Jackson | 0.20 | B240 | A107 | 98.00 |

BUTLER | SNOW

Mississippi Phosphates Corporation
May 9, 2016
10119272
Page:5

| Date | Atty | Description | Hours | Task | Activity | Amount |
|---|---|---|---|---|---|---|
| | | County ad valorem taxes | | | | |
| 04/13/16 | SWR | Telephone conference with John Lammert regarding status of Jackson County ad valorem tax dispute and description in chapter 11 plan | 0.40 | B240 | A108 | 196.00 |
| 04/14/16 | CHM | Review documents prepared by Management regarding preservation of preference claims in Plan | 0.50 | B320 | A104 | 192.50 |
| 04/14/16 | CHM | Review/revise draft of Plan | 0.60 | B320 | A104 | 231.00 |
| 04/14/16 | CHM | Correspondence with Committee Counsel regarding Plan and Disclosure Statement | 0.20 | B320 | A107 | 77.00 |
| 04/14/16 | JMC | Work on drafting and revising motion to modify automatic stay regarding workers compensation claims. | 0.40 | B140 | A103 | 78.00 |
| 04/14/16 | SWR | Work on revisions to chapter 11 plan per discussion with Committee counsel | 0.60 | B320 | A103 | 294.00 |
| 04/14/16 | SWR | Review calculations of avoidance actions for preferences | 0.40 | B180 | A104 | 196.00 |
| 04/14/16 | SWR | Telephone conference with Jon Nash regarding avoidance actions and other plan-related matters | 0.40 | B320 | A106 | 196.00 |
| 04/14/16 | SWR | Correspondence with counsel for Committee regarding break point for pursuit of preference claims | 0.20 | B180 | A107 | 98.00 |
| 04/14/16 | SWR | Correspondence with counsel for Liquidation Trustee regarding | 0.20 | B210 | A107 | 98.00 |

| Date | Atty | Description | Hours | | | Amount |
|---|---|---|---|---|---|---|
| | | payment toward cost of additional survey work | | | | |
| 04/14/16 | SWR | Correspondence with counsel for Liquidation Trustee, Environmental Trustee, EPA, MDEQ and Committee regarding chapter 11 plan | 0.30 | B320 | A107 | 147.00 |
| 04/14/16 | SWR | Telephone conference and correspondence with Derek Meek and Marc Solomon regarding revisions to chapter 11 plan | 0.50 | B320 | A107 | 245.00 |
| 04/15/16 | JMC | Work on drafting and revising motion to modify the automatic stay regarding workers' compensation claims and proposed order granting same. | 0.50 | B140 | A103 | 97.50 |
| 04/15/16 | SWR | Correspondence with John Lammert and Craig Geno regarding Jackson County valuation litigation description for chapter 11 plan | 0.20 | B240 | A107 | 98.00 |
| 04/15/16 | SWR | Correspondence with counsel for Committee and CRO regarding conference call to discuss chapter 11 plan | 0.20 | B320 | A107 | 98.00 |
| 04/19/16 | CHM | Review/analyze portions of documents and pleadings in case in connection with analysis of claims and treatment of same in Plan | 1.30 | B320 | A104 | 500.50 |
| 04/19/16 | CHM | Prepare for and participate in conference call with Committee counsel and Professionals regarding Plan and | 0.60 | B320 | A107 | 231.00 |

BUTLER | SNOW

Mississippi Phosphates Corporation
May 9, 2016
10119272
Page:7

| Date | Initials | Description | Hours | Task | Activity | Amount |
|---|---|---|---|---|---|---|
| 04/19/16 | JMC | Disclosure Statement Work on drafting and revising motion to modify automatic stay regarding workers' compensation claims, specifically, adding language based on analysis of policy structure into motion and relief requested section. | 1.60 | B140 | A103 | 312.00 |
| 04/19/16 | SWR | Correspondence with Les Alvis regarding contact persons for Liquidation Trustee and Environmental Trustee | 0.20 | B210 | A107 | 98.00 |
| 04/19/16 | SWR | Conference call with CRO, and Committee's attorneys and financial advisors regarding plan provisions | 0.60 | B320 | A107 | 294.00 |
| 04/20/16 | SWR | Work on portion of plan regarding treatment of claims of Pre-Petition Lender and DIP Lender | 0.70 | B320 | A103 | 343.00 |
| 04/20/16 | SWR | Correspondence with counsel to adversary proceeding regarding stipulation | 0.20 | B110 | A107 | 98.00 |
| 04/20/16 | SWR | Telephone conference with Karl Burrer regarding treatment of claims of DIP Lenders and Pre-Petition Lenders in chapter 11 plan and Kemper charges litigation | 0.30 | B320 | A107 | 147.00 |
| 04/20/16 | SWR | Correspondence with Karl Burrer regarding treatment of claims of Pre-Petition Lenders and DIP Lenders in plan and basis for treatment | 0.50 | B320 | A107 | 245.00 |
| 04/20/16 | SWR | Correspondence with | 0.20 | B320 | A107 | 98.00 |

BUTLER | SNOW

Mississippi Phosphates Corporation
May 9, 2016
10119272
Page:8

| Date | Initials | Description | Hours | | | Amount |
|---|---|---|---|---|---|---|
| | | Billy Wessler regarding claim of Jackson County Port Authority | | | | |
| 04/21/16 | SWR | Correspondence with counsel for parties regarding approval of proposed order | 0.20 | B110 | A107 | 98.00 |
| 04/21/16 | TMH | Work on disclosure statement | 3.50 | B320 | A103 | 665.00 |
| 04/22/16 | SWR | Correspondence with Ken Mann regarding proposed Express Scripts order | 0.20 | B130 | A108 | 98.00 |
| 04/22/16 | SWR | Correspondence with Bob Ogle and Robert Kerley regarding letter of credit from Trammo | 0.20 | B210 | A108 | 98.00 |
| 04/22/16 | TMH | Work on disclosure statement to incorporate new version of Plan | 3.20 | B320 | A103 | 608.00 |
| 04/25/16 | CHM | Review/analyze revisions to Disclosure Statement | 0.80 | B320 | A104 | 308.00 |
| 04/25/16 | SWR | Revise disclosure statement to reflect plan changes | 2.60 | B320 | A103 | 1,274.00 |
| 04/25/16 | SWR | Correspondence with CRO regarding amended disclosure statement | 0.20 | B320 | A106 | 98.00 |
| 04/25/16 | SWR | Correspondence with counsel for Committee regarding proposed changes to disclosure statement | 0.20 | B320 | A107 | 98.00 |
| 04/25/16 | SWR | Correspondence with Brad Daniel regarding mailout of plan and disclosure statement | 0.20 | B110 | A108 | 98.00 |
| 04/26/16 | CHM | Correspondence from Counsel to the United States Department of Justice regarding comments to Plan | 0.20 | B320 | A107 | 77.00 |

BUTLER | SNOW

Mississippi Phosphates Corporation
May 9, 2016
10119272
Page:9

| Date | Atty | Description | Hours | | | Amount |
|---|---|---|---|---|---|---|
| 04/26/16 | SWR | Work on additional revisions to disclosure statement | 1.90 | B320 | A103 | 931.00 |
| 04/26/16 | SWR | Work on minor modifications to plan to address issues raised by EPA | 0.70 | B320 | A103 | 343.00 |
| 04/26/16 | SWR | Telephone conference with Lenny Parkins regarding status of Trammo letter of credit | 0.20 | B120 | A107 | 98.00 |
| 04/26/16 | SWR | Correspondence with Ken Long regarding proposed changes to chapter 11 plan | 0.40 | B320 | A107 | 196.00 |
| 04/26/16 | SWR | Correspondence with Ken Long regarding modifications to plan | 0.20 | B320 | A107 | 98.00 |
| 04/26/16 | TMH | Review suggested changes to the Disclosure Statement | 0.70 | B320 | A104 | 133.00 |
| 04/27/16 | SWR | Work on provision on defining and clarifying estate settlement payment | 0.30 | B320 | A103 | 147.00 |
| 04/27/16 | SWR | Incorporate majority of suggestions of counsel for Committee into plan and disclosure statement | 1.70 | B320 | A103 | 833.00 |
| 04/27/16 | SWR | Telephone conference with Jon Nash regarding status of plan and disclosure statement | 0.30 | B320 | A106 | 147.00 |
| 04/27/16 | SWR | Correspondence with Bess Creswell regarding disclosure statement and plan provisions | 0.30 | B320 | A107 | 147.00 |
| 04/27/16 | SWR | Correspondence with Marc Solomon regarding claims retention language in plan for D&O claims | 0.20 | B320 | A107 | 98.00 |
| 04/27/16 | SWR | Correspondence and | 0.30 | B320 | A107 | 147.00 |

BUTLER | SNOW

Mississippi Phosphates Corporation
May 9, 2016
10119272
Page:10

| Date | Initials | Description | Hours | Task | Activity | Amount |
|---|---|---|---|---|---|---|
| | | telephone conference with counsel for Committee regarding language in plan regarding Estate Settlement Payment | | | | |
| 04/27/16 | SWR | Correspondence with Ken Long regarding provision from Committee Settlement Agreement | 0.30 | B320 | A107 | 147.00 |
| 04/27/16 | SWR | Telephone conference with counsel for Committee regarding language describing background facts in disclosure statement | 0.40 | B320 | A107 | 196.00 |
| 04/27/16 | SWR | Correspondence with counsel for Committee regarding revised plan and disclosure statement | 0.30 | B320 | A107 | 147.00 |
| 04/27/16 | SWR | Correspondence with counsel for EPA regarding revised plan and disclosure statement | 0.20 | B320 | A107 | 98.00 |
| 04/27/16 | TMH | Work on narrative for February and March 2016 | 0.60 | B110 | A103 | 114.00 |
| 04/27/16 | TMH | Work on fee application | 0.90 | B160 | A103 | 171.00 |
| 04/27/16 | TMH | Work on plan and disclosure statement | 1.70 | B320 | A103 | 323.00 |
| 04/27/16 | TMH | Work on ballot | 0.20 | B320 | A103 | 38.00 |
| 04/27/16 | VGJ | Interoffice emails with T. Hewitt re February and March MORs | 0.20 | B110 | A105 | 33.00 |
| 04/28/16 | SWR | Telephone conference and correspondence with counsel for Committee regarding revisions to plan | 0.50 | B320 | A107 | 245.00 |
| 04/28/16 | TMH | Work on plan and | 3.10 | B320 | A103 | 589.00 |

BUTLER | SNOW

Mississippi Phosphates Corporation
May 9, 2016
10119272
Page:11

| Date | Initials | Description | Hours | Code | Task | Amount |
|---|---|---|---|---|---|---|
| | | disclosure statement | | | | |
| 04/29/16 | CHM | Office conference with S. Rosenblatt regarding final issues to resolve in connection with Plan and Disclosure Statement | 0.30 | B320 | A105 | 115.50 |
| 04/29/16 | CHM | Correspondence with Committee Counsel and Counsel to EPA regarding final revisions to Plan and Disclosure Statement | 0.40 | B320 | A107 | 154.00 |
| 04/29/16 | CHM | Review/analyze proposed revisions to Plan and Disclosure Statement and finalize same for filing | 1.70 | B320 | A107 | 654.50 |
| 04/29/16 | SWR | Finalize and file plan and disclosure statement for Mississippi Phosphates and subsidiaries | 1.90 | B320 | A103 | 931.00 |
| 04/29/16 | SWR | Correspondence and telephone conference with counsel for Committee regarding plan and disclosure statement | 0.40 | B320 | A107 | 196.00 |
| 04/29/16 | SWR | Voice mail from David Houston regarding plan treatment of Estate Settlement Payment | 0.10 | B320 | A107 | 49.00 |
| 04/29/16 | SWR | Correspondence with Brad Daniel with BMC regarding service requirements for plan and disclosure statement | 0.20 | B110 | A108 | 98.00 |
| 04/29/16 | TMH | Work on Plan and Disclosure Statement | 1.10 | B320 | A103 | 209.00 |
| 04/29/16 | VGJ | Email correspondence with B. Daniel with BMC re procedure for mailing out Plan and Disclosure Statement | 0.20 | B110 | A108 | 33.00 |

# BUTLER | SNOW

Mississippi Phosphates Corporation
May 9, 2016
10119272
Page:12

| 04/29/16 | VGJ | Work on assembling the March 2016 MPC MOR | 0.20 | B110 | A111 | 33.00 |
| 04/29/16 | VGJ | Assemble Joint Ch 11 Plan and Disclosure Statement and electronically file same with Court | 0.50 | B110 | A111 | 82.50 |

**Sub-total of Fees:** 19,702.00

**Rate Summary**

| Chris Maddux | 8.10 | hours at | $385.00/hr | 3,118.50 |
| Mitch Carrington | 2.50 | hours at | $195.00/hr | 487.50 |
| Steve Rosenblatt | 26.00 | hours at | $490.00/hr | 12,740.00 |
| Thomas Hewitt | 16.10 | hours at | $190.00/hr | 3,059.00 |
| Velvet Johnson | 1.80 | hours at | $165.00/hr | 297.00 |
| **Subtotal:** | **54.50** | | | **19,702.00** |

EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/26/16 | Image Reproduction 36 Page(s) | 3.60 |
| 04/27/16 | Image Reproduction 9 Page(s) | 0.90 |
| 04/29/16 | Image Reproduction 49 Page(s) | 4.90 |
| 04/29/16 | Pacer Expense – Pacer | 76.80 |
| | **Sub-total of Expenses:** | **86.20** |

**TOTAL CURRENT BILLING FOR THIS MATTER**     **$19,788.20**