# Monthly Operating Report

### CHAPTER 11

CASE NAME:  Mississippi Phosphates Corporation

CASE NUMBER:  14-51671                         For Period:  March 1 to March 31, 2018

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH.  The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing.  File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| ( ) | (X) | Comparative Balance Sheet (FORM 2-B) |
| ( ) | (X) | Profit and Loss Statement (FORM 2-C) |
| (X) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| ( ) | (X) | Supporting Schedules (FORM 2-E) |
| ( ) | (X) | Narrative (FORM 2-F) |
| ( ) | (X) | Copies of Bank Statement(s) and Reconciliations of Bank Balance for all account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments therefor, are true and correct to the best of my knowledge and belief.

Executed on:  4/26/2018  
(date)

Debtor(s)*:  Mississippi Phosphates Corporation  
Substantively consolidated with Ammonia Tank Subsidiary, Inc., Sulfuric Acid Tanks Subsidiary, Inc.

By:**  /s/ Edwin N. Ordway Jr.

Position:  Plan Trustee, Mississippi Phosphate Corporation Liquidating Trust

Name of Preparer:  Edwin N. Ordway, Jr.

Telephone No. of Preparer:  (212) 782-1432

\* both debtors must sign if a joint petition

\*\* for corporate or partnership debtor

Cover Page

# Mississippi Phosphates Corporation
MPC Monthly Fee Summary
Month Ended March 31, 2018

| Payment Date | Cash Disbursements | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 29,532.56 | | | |
| February | $ 542.94 | | | |
| March | $ 214.25 | | | |
| **Total 1st Quarter** | **$ 30,289.75** | $ 650.00 | 1018 | 4/26/2018 |
| April | | | | |
| May | | | | |
| June | | | | |
| **Total 2nd Quarter** | **$ -** | | | |
| July | | | | |
| August | | | | |
| September | | | | |
| **Total 3rd Quarter** | **$ -** | | | |
| October | | | | |
| November | | | | |
| December | | | | |
| **Total 4th Quarter** | **$ -** | | | |